<pre>                                                                    The Honorable Samuel J. Steiner
                                                                                        Chapter 7</pre>

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | No. 09-23053 |
| ROSEMARY ANN FERREIRA ) | |
| aka Ann Ferreira ) | |
| CARLOS FERREIRA ) | |
| fdba Afix Corp. ) | TRUSTEE'S OBJECTION TO CLAIMS |
| ) | OF EXEMPTION |
| Debtors. ) | |
| ) | |

COMES NOW the Chapter 7 Trustee, Ronald G. Brown, and objects to all of the debtors' exemptions listed on Schedule C as follows:

1. The debtors assert an exemption claim in a garnishment. The trustee disputes that a garnishment is an exempt asset under RCW 6.15.010(3)(b) which is limited in scope to personal property and does not exempt claims.

2. The trustee further objects to the debtors' assertion of exemptions in any other assets listed on Schedule C which are claimed without documentation of the basis for the valuation of an asset.

3. To the extent that the debtors are attempting to claim an exemption in excess of the value permitted by state law, the Trustee objects to the assertion of such an exemption.

4. To the extent that the debtors are attempting to claim an exemption for property for which no exemption is permitted under state law, the Trustee objects to the assertion of such an exemption.

5. To the extent that the debtors do not describe an asset or other item of property for which an exemption is claimed with particularity, the Trustee objects to the assertion of such an exemption.

6. To the extent that the actual value of an asset exceeds the valuation of the asset by the

TRUSTEE'S OBJECTIONS TO CLAIMS OF EXEMPTION - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

1 debtors, the Trustee objects to the claim of any exemption of any proceeds realized by the Estate in excess of the amount claimed and allowable under the applicable exemption statute.

7. To the extent the debtors failed to disclose any assets or concealed any property, the Trustee objects to any claims of exemption by the debtors in such assets or property.

The Trustee reserves the right to assert any other basis for his objection or otherwise amend this objection as he may determine to be appropriate at a later date.

DATED this 1st day of February, 2010

/s/ *Ronald G. Brown*
Ronald G. Brown, Trustee, WSBA #8816

TRUSTEE'S OBJECTIONS TO CLAIMS OF EXEMPTION - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE