THE HONORABLE SAMULE J. STEINER
Chapter 7
Hearing Date: February 26, 2010
Hearing Time: 9:30 a.m.
Response Date: February 19, 2010
Hearing Location: Seattle, WA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>ROSEMARY ANN FERREIRA and CARLOS A. FERREIRA, fdba Afix Corp.<br><br>Debtors. | Bankruptcy Case No. 2:09-bk-23053<br>Chapter 7 proceeding<br><br>**OBJECTION BY ANN BEEMAN ARCHITECTS TO MOTION FOR RELIEF FROM STAY** |

## I. INTRODUCTION

Ann Beeman Architects is a secured creditor in the real property located at 9202 NE 120th Street, Kirkland, WA 98033, hereinafter the "9202 NE 120th Street Property." (Declaration of Ann Beeman in Support of Objection to Motion for Relief from Stay, hereinafter "Beeman Dec.," at ¶¶3 and 4, and Exhibits A and B thereto.) Because H & C's motion for relief from stay seriously understates the value of the 9202 NE 120th Street Property, an order granting relief from stay would improperly impair the value of a central asset of the estate for Beeman Architects, the debtor and the estate's unsecured creditors. For this reason, Beeman Architects asks the Court to deny the pending motion.

OBJECTION BY ANN BEEMAN ARCHITECTS
TO MOTION FOR RELIEF FROM STAY - 1

Cause No: 2:09-bk-23053

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

Case 09-23053-TWD    Doc 19    Filed 02/18/10    Entered 02/18/10 14:38:35    Page 1 of 6

Instead, Beeman Architects asks the Court to direct the trustee to list the 9202 NE 120th Street Property for sale, with any sale subject to the approval of this Court, so that the value added from recent development activities can be fully realized for all concerned. If the 9202 NE 120th Street Property is sold in that manner, it is Beeman Architects' opinion, more probably than not, that that property will produce sufficient value to pay the $1,259,530.58 owed to the three secured creditors, and further, to provide the debtors and/or unsecured creditors with value as well.

## II.     ARGUMENT

### A.     H & C INTERNATIONALE UNDERVALUES THE 9202 NE 120TH STREET PROPERTY

Ann Beeman is a registered architect authorized to practice her profession in the state of Washington. Ann Beeman Architects performed a wide variety of services for the debtors herein with respect to the planned development of the real property located at 9202 NE 120th Street, Kirkland, WA 98033 (hereinafter the "9202 NE 120th Street Property"). (Beeman Dec., ¶¶1-3.) To secure the payment of the debt incurred as a result of that work, debtor Ann Ferriera signed a promissory note in favor of Ann Beeman Architects in the face amount of $16,223.50. (Beeman Dec., ¶3, Exhibit A.) That promissory note was secured by a Deed of Trust recorded on the 9202 NE 120th Street Property on January 14, 2009. (Beeman Dec., ¶4, Exhibit B.)

In its motion for relief from stay, H & C Internationale, Ltd., rejects the debtors' estimated value of $1,500,000 for the 9202 NE 120th Street Property. It asserts instead that "[u]pon H & C's investigation the property located at 9202 NE 120th Street, Kirkland, Washington has an assessed value of $838,000." (Beeman Dec., ¶5.)

H & C attaches no documentary evidence to support its statement that the 9202 NE 120th Street Property has an assessed value of $838,000, so Ms. Beeman not know if that statement is an accurate reflection of the assessed value for all, some or none of the land

OBJECTION BY ANN BEEMAN ARCHITECTS
TO MOTION FOR RELIEF FROM STAY - 2

Cause No: 2:09-bk-23053

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8448

encompassed by the 9202 NE 120th Street Property. (Beeman Dec., ¶6.) Put in legal terms, H & C's factual assertion of the value of the 9202 NE 120th Street Property lacks foundation and is inadmissible.

Based on Ms. Beeman's personal work on the 9202 NE 120th Street Property, and on her experience as a registered architect, she has the factual and professional basis upon which to respond to H & C's unsupported contention of value. Specifically, she concludes based upon her personal information and professional experience that H & C's assertion of value is understated for the following reasons:

    a. Substantial work was performed to develop the 9202 NE 120th Street Property that is not reflected in the assessed value. For instance, the site was subdivided into three properties and additional square footage was added to the westernmost parcel along the west property line, amounting to ~15 feet times the length of the property. H & C's motion does not reflect whether it has taken that added value into account.

    b. A number of experts, including geotech, civil and environmental engineers, and a surveyor were hired to and did provide documentation for development of the site. That existing documentation adds substantial value to the 9202 NE 120th Street Property, which does not appear to be reflected in H & C's motion.

    c. Ms. Beeman's company was hired, access and building sites were identified, and site planning for the two undeveloped parcels was provided, as well as more detailed plans for a 7000 square foot house with pool and 3 car garage on the westernmost parcel. The site planning for a similar development was provided for the middle parcel. H & C's motion does not reflect whether it has taken that added value into account.

OBJECTION BY ANN BEEMAN ARCHITECTS
TO MOTION FOR RELIEF FROM STAY - 3

Cause No: 2:09-bk-23053

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

Case 09-23053-TWD    Doc 19    Filed 02/18/10    Entered 02/18/10 14:38:35    Page 3 of 6

  d. Access routes for fire protection services were identified for each parcel. The value of that service, as with all of the other items discussed above, would not in Ms. Beeman's opinion be reflected in the assessed value asserted by H & C.

  e. The site slopes to the south with views of Lake Washington, and it is located in an extremely desirable area. It is a unique site with opportunities for high-end custom development that in substantial respect has already been performed.

(Beeman Dec., ¶7.)

All of the above leads Ms. Beeman and Beeman Architects to conclude that H & C's motion for relief from stay seriously underestimates the value of the 9202 NE 120th Street Property. In Ms. Beeman's opinion, the property should be put on the market under the supervision of this Court, packaged together with all of the value provided by the professional services supplied to date, to maximize the value received by the debtors' creditors. If the 9202 NE 120th Street Property is sold in that manner, it is in Ms. Beeman's opinion more probable than not that that property will produce sufficient value to pay the $1,259,530.58 owed to the three secured creditors, and further, to provide the debtors and/or unsecured creditors with value as well. (Beeman Dec., ¶8.)

**B. H & C INTERNATIONALE'S MOTION FOR RELIEF FROM STAY FAILS TO COMPLY WITH BLR 4001-1(c)**

Bankruptcy Local Rule 4001(c) states in part that "[w]here equity in real property is an issue, the motion and notice of motion shall contain a legal description and a common address." While H & C provided the Court and parties with the common address of the property, it failed to comply with the requirement to provide a legal description in its motion and notice of motion.

This failure to comply with Bankruptcy Local Rule 4001(c) is not an empty formality, but instead is a reflection of the fundamental problems with the motion for relief from stay. For instance, by failing to specify which of the eight or more tax parcels it seeks to foreclose

OBJECTION BY ANN BEEMAN ARCHITECTS
TO MOTION FOR RELIEF FROM STAY - 4

Cause No: 2:09-bk-23053

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

Case 09-23053-TWD Doc 19 Filed 02/18/10 Entered 02/18/10 14:38:35 Page 4 of 6

on,[1] H & C makes it impossible to know if Ms. Beeman's concern regarding inclusion of all value for <u>all</u> of the real property is provided in H & C's factually-unsupported statement of the tax-assessed value. Likewise, by failing to be specific, H & C makes it impossible for the Court or the interested parties to determine if the value of the 9202 NE 120th Street Property could be maximized through division and separate sale or foreclosure.

## III. CONCLUSION

For all of the above reasons, the motion for relief from stay should be denied.

DATED this 18th day of February, 2010.

                              KINSEL LAW OFFICES


By: /s/ William A. Kinsel
    William A. Kinsel, WSBA #18077
Attorney for Ann Beeman Architects, Inc.

500p.doc

---

[1] The deed of trust, at Dk #15-2, page 2 Of 5, lists eight tax parcel identification numbers.

OBJECTION BY ANN BEEMAN ARCHITECTS
TO MOTION FOR RELIEF FROM STAY - 5

Cause No: 2:09-bk-23053

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

# CERTIFICATE OF SERVICE

I hereby certify that I caused to be served the foregoing Objection by Ann Beeman Architects to Motion for Relief from Stay on:

>Rosemary Ann and Carlos A. Ferreira
>9202 NE 120th St
>Kirkland, WA 98034
>
>Debtors
>
>Christina Latta Henry
>Seattle Debt Law LLC
>705 2nd Ave, Ste 1050
>Seattle, WA 98104
>
>Attorney for Debtor
>
>U.S. Trustee
>700 Stewart Street, Suite 5103
>Seattle, WA 98101
>
>Office of the U.S. Trustee
>
>Ronald G. Brown
>999 3rd Ave, Ste 2525
>Seattle, WA 98104
>
>Chapter 7 Trustee

by mailing said persons full, true, and correct copies thereof. I further certify that said copies were contained in sealed envelopes with postage thereon prepaid, addressed as above-stated to the last-known addresses of said persons, and deposited in the U.S. Mail at Seattle, Washington on the 18th day of February, 2010.

KINSEL LAW OFFICES

By: /s/ William A. Kinsel
William A. Kinsel, WSBA #18077
Attorney for Ann Beeman Architects, Inc.
Email: wak@kinsellaw.com

OBJECTION BY ANN BEEMAN ARCHITECTS
TO MOTION FOR RELIEF FROM STAY - 6

Cause No: 2:09-bk-23053

LAW OFFICES OF
WILLIAM A. KINSEL, PLLC
MARKET PLACE TOWER
2025 First Avenue, Suite 440
SEATTLE, WASHINGTON 98121
(206) 706-8148

Case 09-23053-TWD   Doc 19   Filed 02/18/10   Entered 02/18/10 14:38:35   Page 6 of 6