The Honorable Samuel J. Steiner
Chapter 7
Hearing Location: Courtroom 8206, Seattle
Hearing Date: February 26, 2010
Hearing Time: 9:30 a.m.
Response Date: February 19, 2010

**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| In Re: ) | Chapter 7 |
| ) | No. 09-23053 |
| ROSEMARY ANN FERREIRA ) | |
| aka Ann Ferreira ) | TRUSTEE'S SUPPLEMENTAL |
| ) | OBJECTION TO MOTION |
| CARLOS FERREIRA ) | FOR RELIEF FROM STAY |
| fdba Afix Corp. ) | |
| ) | |
| Debtors. ) | |

COMES NOW Ronald G. Brown, Chapter 7 Trustee, and submits this Supplemental Objection to the motion for relief from stay by H&C Internationale, Ltd., as follows:

1. The trustee previously filed an objection dated February 1, 2010.

2. The trustee additionally advises that the court that the bankruptcy estate is evaluating the marketability of the two properties, 14003 109th Avenue NE, Kirkland, Washington, and 9202 NE 120th Street, Kirkland, Washington, for potential sale through a real estate agent. The trustee requests that the motion be continued at least two weeks so that the properties may be properly evaluated.

DATED this 19th day of February, 2010.

/s/ *Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

TRUSTEE'S SUPPLEMENTAL OBJECTION

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206) 342-7851 FACSIMILE