| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-2<br>Case 09-23053-SJS<br>Western District of Washington<br>Seattle<br>Tue Apr 27 11:49:57 PDT 2010 | American General Finan<br>13401 Ne Bel Red Rd #b1<br>Bellevue, WA 98005-2345 | Ann Beeman Architects<br>c/o Kinsel Law Offices<br>2025 1st Ave #440<br>Seattle, WA 98121-2176 |
| Ann Beeman Architects<br>3827 B. So. Edmunds St.<br>Seattle, WA 98118-1729 | Bank Of America<br>Po Box 1598<br>Norfolk, VA 23501-1598 | Ronald G Brown<br>999 3rd Ave Ste 2525<br>Seattle, WA 98104-4032 |
| Capital 1 Bank<br>Attn: C/O TSYS Debt Management<br>PO Box 5155<br>Norcross, GA 30091-5155 | Chase<br>3415 Vision Dr.<br>Columbus, OH 43219-6009 | Chase (formerly WAMU)<br>Attention: Bankruptcy Dept. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256-6851 |
| Comcast<br>PO Box 97002<br>Seatttle, WA 98124-1227 | William L. Courshon<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Crd Prt Asso<br>13355 Noel Rd Ste 2100<br>Dallas, TX 75240-6837 |
| Credit Collection Services<br>Two Wells Ave<br>Dept 587<br>Newton, MA 02459-3208 | DR Strong<br>10604 NE 38th<br>Ste 101<br>Kirkland, WA 98033-7932 | Dennis Perkins<br>1570 Skyline Tower<br>10900 NE 4th St<br>Bellevue, WA 98004-5873 |
| Direct Loans<br>PO Box 530<br>Atlanta, GA 30301-0530 | Terrence J Donahue<br>Eisenhower & Carlson PLLC<br>1201 Pacific Ave Ste 1200<br>Tacoma, WA 98402-4395 | ESA Adolfson<br>5309 Shilshole Ave NW<br>Seattle, WA 98107-5318 |
| Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Evergreen<br>PO Box 11610<br>Tacoma, WA 98411-6610 | Evergreen Emergency Services<br>PO Box 2065<br>Seattle, WA 98111-2065 |
| Evergreen Professional<br>12100 Ne 195th St Ste 18<br>Bothell, WA 98011-5761 | Farmers<br>Two Wells Ave<br>Dept 9134<br>Newton, MA 02459-3208 | Carlos A Ferreira<br>9202 NE 120th St<br>Kirkland, WA 98034-6123 |
| Rosemary Ann Ferreira<br>9202 NE 120th St<br>Kirkland, WA 98034-6123 | Glaucoma Consultants<br>1221 Madison St.<br>Ste 1124<br>Seattle, WA 98104-3536 | H & C International<br>395 Scotland Ct.<br>Port Orchard, WA 98366-3634 |
| Healthpoint<br>955 Ave SW<br>Renton, WA 98057 | Christina Latta Henry<br>Seattle Debt Law LLC<br>705 2nd Avenue Ste 1050<br>Seattle, WA 98104-1759 | ICC Ideal Credit Corp<br>PO Box 3383<br>Everett, WA 98213-8383 |

| | | |
|---|---|---|
| Internal Revenue Service<br>PO BOX 21125<br>PHILADELPHIA, PA 19114 | King County Waste<br>King County Treasury<br>500 Fourth #600<br>Seattle, WA 98104-2340 | William A Kinsel<br>2025 1st Ave Ste 440<br>Seattle, WA 98121-2176 |
| Kirkland Family Chiropractic<br>822 6th St S.<br>Kirkland, WA 98033-6714 | Labcorp<br>PO Box 2240<br>Burlington, NC 27216-2240 | Law Office of Catherine Clark<br>701 5th Ave<br>Ste 4785<br>Seattle, WA 98104-7063 |
| Litton Loan Servicing<br>Attention: Bankruptcy<br>4828 Loop Central Drive<br>Houston, TX 77081-2212 | Northwest Trustee Services<br>PO Box 997<br>Bellevue, WA 98009-0997 | R&S Electric<br>PO Box 1412<br>Marysville, WA 98270-1412 |
| Radia (MCA)<br>7281 134th St SW<br>Ste 120<br>Everett, WA 98204 | Melissa Romeo<br>Routh Crabtree Olsen PS<br>3535 Factoria Blvd SE Ste 200<br>Bellevue, WA 98006-1263 | Melissa W Romeo<br>Routh Crabtree Olsen PS<br>3535 Factoria Blvd SE Ste 200<br>Bellevue, WA 98006-1263 |
| Samuel J. Steiner<br>Seattle<br>700 Stewart St<br>Seattle, WA 98101-4439 | United States Trustee<br>700 Stewart St Ste 5103<br>Seattle, WA 98101-4438 | Us Dept Of Education<br>Attn: Borrowers Service Dept<br>PO Box 5609<br>Greenville, TX 75403-5609 |
| Us Dept Of Education<br>Po Box 5609<br>Greenville, TX 75403-5609 | Verizon Wireless<br>PO Box 988<br>Harrisburg, PA 17108-0988 | Washington Mutual Mortgage<br>Attention: Bankruptcy Dept. JAXA 2035<br>7255 Bay Meadows Way<br>Jacksonville, FL 32256-6851 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Citibank NA | (u)H & C Internationale, Ltd. | End of Label Matrix<br>Mailable recipients  47<br>Bypassed recipients   2<br>Total                49 |