| | |
|---|---|
| Terrence J. Donahue<br>Eisenhower & Carlson, PLLC<br>1200 Wells Fargo Plaza<br>1201 Pacific Avenue<br>Tacoma, Washington 98402<br>Telephone: (253) 572-4500<br>Facsimile No.: (253) 272-5732 | THE HONORABLE SAMUEL J. STEINER<br>Chapter 7<br>Hearing Date: April 30, 2010<br>Hearing Time: 9:30 a.m.<br>Hearing Location: Seattle, WA |

FILED
Western District of Washington
APR

U.S. Bankruptcy Ct

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

In Re:

ROSEMARY ANN FERREIRA aka ANN FERREIRA and CARLOS FERREIRA, fdba AFIX CORP,

Debtors.

NO. 09-23053-SJS

ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

**THIS MATTER** having come on for hearing upon Notice and Motion for Relief from Automatic Stay filed by H & C Internationale, Ltd. ("**H & C**"); H & C appearing by and through its attorneys, Eisenhower & Carlson, PLLC and Terrence J. Donahue, Debtors appearing by and through their attorneys, Seattle Debt Law, LLC and Christina Latta-Henry, Ronald G. Brown, Chapter 7 Trustee, appearing *pro se* ("**Trustee**") and Ann Beeman Architects appearing by and through its attorneys William A. Kinsel, PLLC and William A. Kinsel; and the Court, having reviewed the records and files herein, including said Motion and the various objections, responses, and declarations in opposition to said Motion, and having heard arguments of counsel, and for the reasons stated orally and recorded in open court and incorporated herein pursuant to Fed. R. Bankr. P. 7052, finds that adequate and proper notice was provided and that cause exists to grant the relief requested and having so found, it is hereby

ORDER GRANTING FIRST-CITIZENS BANK & TRUST
COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC
STAY - 1
00444553 DOC/9352/27



EISENHOWER
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel 253 572 4500
Fax 253 272 5732

**ORDERED, ADJUDGED, AND DECREED** that H & C Internationale, Ltd.'s Motion for Relief from Automatic Stay is hereby granted and H & C Internationale, Ltd. is granted relief from automatic stay to pursue the foreclosure of its deeds of trust concerning the properties located at 9202 NE 120th Street, Kirkland, Washington, and 14003 109th Avenue NE, Kirkland, Washington, and the property contiguous thereto subject to said deeds of trust and to exercise any and all state rights in the foreclosures thereof, including the right of possession upon the completion of said foreclosures, *provided*, in the event Trustee obtains a valid offer to purchase any of the properties subject hereto, or any combination thereof, in an amount sufficient to pay all costs of sale, costs of administration and pay H & C Internationale, Ltd. in full or at a lesser amount agreeable to H & C Internationale, Ltd., Trustee may request the Court to re-impose the stay upon terms and conditions acceptable to the parties hereto, and it is further

**ORDERED, ADJUDGED, AND DECREED** that relief from stay be granted effective immediately and without stay under Fed. R. Bankr. P. 4001(a) (3).

DATED this _30_ day of April, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

Presented by:

EISENHOWER & CARLSON, PLLC

By: _____
Terrence L. Donahue, WSBA #15193
Attorneys for H & C Internationale, Ltd.

ORDER GRANTING FIRST-CITIZENS BANK & TRUST
COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC
STAY - 2
00444553.DOC/9352/27

EISENHOWER
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel 253 572 4500
Fax 253 272 5732

Case 09-23053-TWD    Doc 50    Filed 04/30/10    Ent. 04/30/10 16:05:15    Pg. 2 of 3

Approved as to form; notice of presentation waived:

SEATTLE DEBT LAW, LLC

By: _____
Christina Latta-Henry, WSBA # 31273
Attorneys for Debtors

RONALD G. BROWN

By: _____
Ronald G. Brown, WSBA # 8816
Chapter 7 Trustee

WILLIAM A. KINSEL, PLLC

By: _____
William A. Kinsel, WSBA # 18077
Attorneys for Ann Beeman Architects

ORDER GRANTING FIRST-CITIZENS BANK & TRUST
COMPANY'S MOTION FOR RELIEF FROM AUTOMATIC
STAY - 3
00444553 DOC/9352/27

EISENHOWER
EISENHOWER & CARLSON, PLLC
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
Tel 253 572 4500
Fax 253 272 5732