**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Honorable Judge Samuel J. Steiner
Chapter 7
Hearing Location: EX PARTE
Hearing Date: EX PARTE
Hearing Time: EX PARTE
Response Date: EX PARTE

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| In re:<br><br>Rosemary Ann Ferreira and<br>Carlos A Ferreira<br><br>                                    Debtors. | **Chapter 7 Bankruptcy**<br><br>**No.: 09-23053-SJS**<br><br>**STIPULATED ORDER CONDITIONING STAY AS TO HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF NOMURA HOME EQUITY LOAN, INC. ASSET BACKED CERTIFICATES, SERIES 2006-FM2 THROUGH ITS SERVICING AGENT LITTON LOAN SERVICING LP** |

THIS MATTER came for hearing on HSBC Bank USA, National Association, As Trustee for the Benefit of the Certificateholders of Nomura Home Equity Loan, Inc. Asset Backed Certificates, Series 2006-FM2 through its servicing agent Litton Loan Servicing LP's motion for relief from stay. The Court having reviewed the files and records and finding that the parties, Chapter 7 Trustee, Ronald G. Brown and HSBC Bank USA, National Association, As Trustee for the Benefit of the Certificateholders of Nomura Home Equity Loan, Inc. Asset Backed Certificates, Series 2006-FM2 through its servicing agent Litton Loan Servicing LP by its attorney Melissa Williams Romeo, and Routh Crabtree Olsen, PS, stipulate and agree to entry of this order, NOW THEREFORE, IT IS HEREBY:

ORDERED that the stay existing pursuant to 11 U.S.C. § 362(a) as to the property located at 14003 109th Ave NE, Kirkland, WA and legally described as set forth in the Deed of Trust attached as an exhibit to the original Motion for relief and already on file, shall remain in effect as to Creditor subject to the following conditions:

Stipulated Order Conditioning Stay
Page - 1

**ROUTH CRABTREE OLSEN, P.S.**
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 09-23053-TWD SJS Doc 62 Filed 06/04/10 Ent. 06/04/10 17:52:33 Pg. 1 of 2

Trustee shall have ninety (90) days from the entry of this Order to obtain an Offer for the property. Trustee will have an additional thirty (30) days from the date of the Offer to close. Should the Trustee fail to obtain an Offer or to Close within the thirty days then HSBC Bank USA, National Association, As Trustee for the Benefit of the Certificateholders of Nomura Home Equity Loan, Inc. Asset Backed Certificates, Series 2006-FM2 through its servicing agent Litton Loan Servicing LP may submit an ex parte Order for Relief.

Dated this _____ day of _____, 2010.

*[signature]*
**United States Bankruptcy Judge**
(Dated as of Entered on Docket date above)

Approved as to form;
Notice of Presentation Waived:

Presented by:

/s/ Ronald G. Brown
Ronald G. Brown
Chapter 7 Trustee

/s/ Mark Moburg, WSBA #19463 for
Melissa Williams Romeo, WSBA# 40644
Attorneys for Creditor

Stipulated Order Conditioning Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131