The Honorable Samuel J. Steiner
Chapter 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

CARLOS A. FERREIRA and ROSEMARY ANN FERREIRA,

Debtor(s).

Case No. 09-23053-SJS

Chapter: 7

ORDER GRANTING MOTION AUTHORIZING TRUSTEE TO ABANDON PROPERTY OF THE ESTATE

THIS MATTER came before this Court upon Debtor's Motion for an Order authorizing the Trustee to Abandon the real property commonly known as 9202 NE 120th Street, Kirkland, WA 98034 ("Property"), it appearing that all interested parties have received notice and that the objection to the motion filed by the Trustee was withdrawn on August 31st, 2010, and that no other objections were filed; now therefore, it is hereby;

ORDERED that the Trustee's interest in the Property is hereby abandoned.

DATED this _____ day of _____, 2010.

United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

//

//

//

ORDER GRANTING MOTION AUTHORIZING TRUSTEE
TO ABANDON PROPERTY OF THE ESTATE
(09-23053-SJS) - 1

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115

Presented by:

SEATTLE DEBT LAW, LLC


By____/s/ Christina Latta Henry_____
    Christina Latta Henry, WSBA #31273
    Attorney for Debtors

ORDER GRANTING MOTION AUTHORIZING TRUSTEE
TO ABANDON PROPERTY OF THE ESTATE
(09-23053-SJS) - 2

SEATTLE DEBT LAW, LLC
705 SECOND AVE, SUITE 1050
SEATTLE, WASHINGTON 98104
telephone (206) 324-6677
fax (206) 447-0115