In re **Rosemary Ann Ferreira**  Case No. **09-23053**
       **Carlos A Ferreira**                         (if known)

*AMENDED 9/28/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: 7332<br>**Bank Of America**<br>**Po Box 1598**<br>**Norfolk, VA 23501** | | C | DATE INCURRED: **07/19/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $1,202.00 |
| ACCT #: xxxxxxxx8613<br>**Capital 1 Bank**<br>**Attn: C/O TSYS Debt Management**<br>**PO Box 5155**<br>**Norcross, GA 30091** | | C | DATE INCURRED: **11/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $565.00 |
| ACCT #:<br>**Citibank NA**<br>**PO Box 6241**<br>**Siouix Falls, SD 57117** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: xxxxxxxxxxxx3760<br>**Comcast**<br>**PO Box 97002**<br>**Seatttle, WA 98124-1227** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Cable**<br>REMARKS: | | | | $361.65 |
| ACCT #: xxxxxx2801<br>**Crd Prt Asso**<br>**13355 Noel Rd Ste 2100**<br>**Dallas, TX 75240** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Unknown Loan Type**<br>REMARKS: | | | | $214.00 |
| ACCT #: xxxxx2653<br>**Credit Collection Services**<br>**Two Wells Ave**<br>**Dept 587**<br>**Newton, MA** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS:<br>**Original Creditor - Labcorp** | | | | $116.87 |

|  |  |
|---|---|
| Subtotal > | $2,459.52 |
| Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

_____5_____ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.
In re **Rosemary Ann Ferreira**
**Carlos A Ferreira**

Case No. **09-23053**
(if known)

*AMENDED 9/28/2010*

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **xxxxx7542**<br>**Direct Loans**<br>**PO Box 530**<br>**Atlanta, GA 30353** | | C | DATE INCURRED: **1997-2009**<br>CONSIDERATION:<br>**Student Loans**<br>REMARKS: | | | | $0.00 |
| ACCT #: **xxx5-998**<br>**DR Strong**<br>**10604 NE 38th**<br>**Ste 101**<br>**Kirkland, WA 98033** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Surveyor's Fees**<br>REMARKS:<br>**DR Strong Consulting vs. Carlos Ferreira, Case# 09-21-128771-1** | | | | $3,215.15 |
| **Representing:**<br>**DR Strong** | | | **Dennis Perkins**<br>**1570 Skyline Tower**<br>**10900 NE 4th St**<br>**Bellevue, WA 98004** | | | | Notice Only |
| ACCT #: **xxxx9648**<br>**Enhanced Recovery Corp**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | C | DATE INCURRED: **08/2009**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $73.00 |
| ACCT #: **xxxxx60.1x**<br>**ESA Adolfson**<br>**5309 Shilshole Ave NW**<br>**Seattle, WA 98107** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Wetland Professional Services**<br>REMARKS: | | | | $1,103.35 |
| ACCT #:<br>**Evergreen**<br>**PO Box 11610**<br>**Tacoma, WA 98411** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Collection Agency**<br>REMARKS: | | | | $409.33 |

Sheet no. **1** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$4,800.83**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Rosemary Ann Ferreira** Case No. **09-23053**
**Carlos A Ferreira**
(if known)

*AMENDED 9/28/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxx xxx6652<br>**Evergreen Emergency Services**<br>PO Box 2065<br>Seattle, WA 98111 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $107.17 |
| ACCT #: xxx5130<br>**Evergreen Professional**<br>12100 Ne 195th St Ste 18<br>Bothell, WA 98011 | | C | DATE INCURRED: **02/2005**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $88.00 |
| ACCT #: xxx4963<br>**Evergreen Professional**<br>12100 Ne 195th St Ste 18<br>Bothell, WA 98011 | | C | DATE INCURRED: **05/2004**<br>CONSIDERATION:<br>**Collection Attorney**<br>REMARKS: | | | | $14.00 |
| ACCT #: xxxxxx6198<br>**Farmers**<br>Two Wells Ave<br>Dept 9134<br>Newton, MA 02459 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $75.80 |
| ACCT #: xxx352m<br>**Glaucoma Consultants**<br>1221 Madison St.<br>Ste 1124<br>Seattle, WA 98104 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $234.23 |
| ACCT #: x3060<br>**Healthpoint**<br>955 Ave SW<br>Renton, WA 98057 | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $87.57 |

Sheet no. __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$606.77**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

*AMENDED 9/28/2010*

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x6685**<br>**Healthpoint**<br>**955 Ave SW**<br>**Renton, WA 98057** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $30.28 |
| ACCT #: **xxxxxx xx 3309**<br>**HSBC Bank USA National Association**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | $0.00 |
| ACCT #: **xxxxxxx9-039**<br>**ICC Ideal Credit Corp**<br>**PO Box 3383**<br>**Everett, WA 98213** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $55.49 |
| ACCT #: **xxx8008**<br>**Kirkland Family Chiropractic**<br>**822 6th St S.**<br>**Kirkland, WA 98033** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $150.00 |
| ACCT #: **xxx9626**<br>**Labcorp**<br>**PO Box 2240**<br>**Burlington, NC 27216** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $93.04 |
| ACCT #: **xxx-0001**<br>**Law Office of Catherine Clark**<br>**701 5th Ave**<br>**Ste 4785**<br>**Seattle, WA 98104** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney Fees**<br>REMARKS: | | | | $6,387.87 |

Sheet no. **3** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$6,716.68**

Total >  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.
In re **Rosemary Ann Ferreira**
**Carlos A Ferreira**

Case No. **09-23053**
(if known)

*AMENDED 9/28/2010*
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **x93.10**<br>**R&S Electric**<br>**PO Box 1412**<br>**Marysville, WA 98270** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Electrical**<br>REMARKS: | | | | $791.10 |
| ACCT #:<br>**Radia (MCA)**<br>**7281 134th St SW**<br>**Ste 120**<br>**Everett, WA 98204** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Medical Bill**<br>REMARKS: | | | | $85.82 |
| ACCT #:<br>**RE/MAX Northwest Realty**<br>**300 NE 97th Street**<br>**Seattle, WA 98115** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #: **xxxxxx5422**<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **08/1998**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $41,138.00 |
| ACCT #: **xxxxxx5423**<br>**Us Dept Of Education**<br>**Po Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **09/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $26,903.00 |
| ACCT #: **xxxxxx5424**<br>**Us Dept Of Education**<br>**Attn: Borrowers Service Dept**<br>**PO Box 5609**<br>**Greenville, TX 75403** | | C | DATE INCURRED: **10/2008**<br>CONSIDERATION:<br>**Educational**<br>REMARKS: | | | | $7,125.00 |

Sheet no. **4** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$76,042.92**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Rosemary Ann Ferreira**  
     **Carlos A Ferreira**

Case No. **09-23053**  
(if known)

*AMENDED 9/28/2010*
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: xxxxx9988<br>**Verizon Wireless**<br>**PO Box 988**<br>**Harrisburg, PA 17108** | | C | DATE INCURRED:<br>CONSIDERATION:<br>**Cell Phone**<br>REMARKS: | | | | $226.97 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Sheet no. __5__ of __5__ continuation sheets attached to  
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal > **$226.97**

Total > **$90,853.69**  
(Use only on last page of the completed Schedule F.)  
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re **Rosemary Ann Ferreira**　　　　　　　　　　Case No. **09-23053**
**Carlos A Ferreira**

　　　　　　　　　　　　　　　　　　　　　　　　Chapter **7**

*AMENDED 9/28/2010*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $1,869,000.00 | | |
| B - Personal Property | No | 5 | $14,833.17 | | |
| C - Property Claimed as Exempt | No | 1 | | | |
| D - Creditors Holding Secured Claims | No | 3 | | $1,662,142.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | $90,853.69 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $9,353.93 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $12,859.73 |
| TOTAL | | 21 | $1,883,833.17 | $1,752,996.27 | |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | | |
|---|---|---|
| In re **Rosemary Ann Ferreira** | Case No. | **09-23053** |
| **Carlos A Ferreira** | | |
| | Chapter | **7** |

*AMENDED 9/28/2010*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $75,166.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| **TOTAL** | **$75,166.00** |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $9,353.93 |
| Average Expenses (from Schedule J, Line 18) | $12,859.73 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $12,470.83 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $28,934.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $90,853.69 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $119,787.69 |