The Honorable Timothy W. Dore
Chapter 7

# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| In Re: | Chapter 7 |
| | No. 09-23053 |
| ROSEMARY ANN FERREIRA | |
| aka Ann Ferreira | |
| CARLOS FERREIRA | ORDER DENYING MOTION |
| fdba Afix Corp. | FOR ABANDONMENT |
| | OF REAL PROPERTY |
| Debtors. | |

THIS MATTER having come before the court upon the debtors' motion for abandonment of real property at 14003 109th Avenue NE, Kirkland, Washington, objection having been made by the Chapter 7 trustee, the court having reviewed the debtors' motion, the trustee's objection, and the records and files herein and having heard argument on the motion, the court determining that the trustee is administering the property for the benefit of creditors, now, therefore,

IT IS HEREBY ORDERED that the debtors motion for abandonment of real property at 14003 109th Avenue NE, Kirkland, Washington, is denied.

DATED this ___ day of May, 2010.

_____
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

Presented by:

*/s/ Ronald G. Brown*
Ronald G. Brown, WSBA #8816
Chapter 7 Trustee

ORDER DENYING MOTION
FOR ABANDONMENT - 1

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE

| | |
|---|---|
| 1 | |
| 2 | Approved as to Form;<br>Notice of Presentation Waived: |
| 3 | SEATTLE DEBT LAW, LLC |
| 4 | |
| 5 | By */s/ Christina Latta Henry*<br>   Christina Latta Henry, WSBA #31273<br>   Attorney for Debtors |

ORDER DENYING MOTION
FOR ABANDONMENT - 2

RONALD G. BROWN
ATTORNEY AT LAW
2525 WELLS FARGO CENTER
999 THIRD AVENUE
SEATTLE, WASHINGTON 98104
(206) 342-7850 TELEPHONE
(206)342-7851 FACSIMILE