| | |
|---|---|
| ROUTH CRABTREE OLSEN, P.S.<br>13555 SE 36TH ST., SUITE 300<br>BELLEVUE, WA 98006<br>TELEPHONE (425) 458-2121<br>FACSIMILE (425) 458-2131 | Honorable Judge Timothy W. Dore<br>Chapter 7<br>Hearing Location: Seattle, Courtroom 8106<br>Hearing Date: June 3, 2011<br>Hearing Time: 9:30 am<br>Response Date: May 27, 2011 |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Rosemary Ann Ferreira<br>Carlos A Ferreira<br><br>Debtors. | No.: 09-23053-TWD<br><br>ORDER APPROVING LOAN MODIFICATION WITH Citibank, N.A., as trustee for WaMu Series 2007-HE3 Trust, through its servicing agent JPMorgan Chase Bank, National Association |

THIS matter having come before the Court upon the Motion of the Creditor and the Court having reviewed the Motion, and having reviewed the files and records herein, deeming itself advised in the premises, it is therefore ORDERED, ADJUDGED, and DECREED as follows:

1. The Loan Modification Agreement between Citibank, N.A., as trustee for WaMu Series 2007-HE3 Trust, through its servicing agent JPMorgan Chase Bank, National Association and Debtor is approved.

2. Debtor may sign or otherwise executed any all documents related to consummation of the proffered loan modification.

//

//

//

Order Granting Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

3. Upon completion of the loan modification, the Debtor, or Creditor, shall provide a complete copy of the modified loan note and related documents to Debtor's attorney and to the Chapter 7 Trustee.

Dated this ____ day of _____  _____
United States Bankruptcy Judge
(Dated as of Entered on Docket date above)

U.S. Bankruptcy Judge

Presented By:

By: /s/ Melissa Romeo
Melissa Williams Romeo, WSBA# 40644
Attorney for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36th St., Suite 300
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131