In re **Rosemary Ann Ferreira**  Case No. **09-23053**
**Carlos A Ferreira**
                                                                (if known)

*AMENDED 9/15/2011*

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America Checking Accounts Acct#xxxx1393 | C | $200.00 |
| | | Bank of America Savings Accounts Acct#xxxx1393 | C | $0.00 |
| | | Bank of America Checking Accounts Acct#xxxx2863 | C | $0.00 |
| | | Bank of America Savings Accounts Acct#xxxx2863 | C | $0.00 |
| | | | C | $0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | Household goods and Furnishings | W | $3,070.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Books ($100); Pictures ($12); Movies ($60); Art ($50); Music ($40) | W | $262.00 |
| 6. Wearing apparel. | | Clothing | W | $750.00 |
| 7. Furs and jewelry. | | 2 watches ($200) and costume jewelry ($100) | W | $300.00 |

In re **Rosemary Ann Ferreira**  Case No. **09-23053**
  **Carlos A Ferreira**
                                                                      (if known)

*AMENDED 9/15/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 8. Firearms and sports, photo-graphic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

In re  **Rosemary Ann Ferreira**  Case No. **09-23053**
**Carlos A Ferreira**
(if known)

*AMENDED 9/15/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Personal Injury Claim from a 2007 Car Accident Rosemary Ferreira and Carlos Ferreira vs. Masahiro Takakura and Jane Doe, Case# 09-2-44652-1-SEA (King County Superior Court) Personal Injury Attorneys Magnuson Lowell, PS 16398 NE 85th Street, Suite 200 Redmond, WA  98052 P.O. Box 3037 Redmond, WA  98073-3037 425/885-7500 Ext. 226 | C | $14,321.84 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |

In re **Rosemary Ann Ferreira**  Case No. **09-23053**
**Carlos A Ferreira**
(if known)

*AMENDED 9/15/2011*
## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Ford Taurus | W | $1,750.00 |
| | | 1991 Mercedes Benz | W | $3,250.00 |
| 26. Boats, motors, and accessories. | | 1987 Invader, Mericruiser (Boat) | W | $2,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

In re **Rosemary Ann Ferreira**     Case No. **09-23053**
      **Carlos A Ferreira**
                                                       (if known)

*AMENDED 9/15/2011*
# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Garnishments from Bank Account (12/02/09) by DR Strong Consulting Engineers | C | $3,251.17 |

_____4_____ continuation sheets attached     **Total >**     **$29,155.01**
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re **Rosemary Ann Ferreira**  Case No. **09-23053**
    **Carlos A Ferreira**
                                   (If known)

*AMENDED 9/15/2011*
# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)  $136,875.
☐ 11 U.S.C. § 522(b)(2)
☒ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Residence<br>9202 NE 120TH St.<br>Kirkland, WA 98034<br><br>(Debtor is attempting to Modify this Loan but it is ) | Wash. Rev. Code. § 6.13.030 | $125,000.00 | $1,500,000.00 |
| Household goods and Furnishings | Wash. Rev. Code. § 6.15.010(3)(a) | $3,070.00 | $3,070.00 |
| Books ($100); Pictures ($12); Movies ($60); Art ($50); Music ($40) | Wash. Rev. Code. § 6.15.010(3)(a) | $262.00 | $262.00 |
| Clothing | Wash. Rev. Code. § 6.15.010(1) | $750.00 | $750.00 |
| 2 watches ($200) and costume jewelry ($100) | Wash. Rev. Code. § 6.15.010(1) | $300.00 | $300.00 |
| Personal Injury Claim from a 2007 Car Accident<br><br>Rosemary Ferreira and Carlos Ferreira vs. Masahiro Takakura and Jane Doe, Case# 09-2-44652-1-SEA (King County Superior Court)<br><br>Personal Injury Attorneys<br>Magnuson Lowell, PS<br>16398 NE 85th Street, Suite 200<br>Redmond, WA 98052<br>P.O. Box 3037<br>Redmond, WA 98073-3037<br>425/885-7500 Ext. 226 | Wash. Rev. Code. § 6.15.010(3)(f) | $14,321.84 | $14,321.84 |
| | | **$143,703.84** | **$1,518,703.84** |

In re **Rosemary Ann Ferreira**     Case No. **09-23053**
     **Carlos A Ferreira**
                                                                           (If known)

*AMENDED 9/15/2011*
## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

*Continuation Sheet No. 1*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| 1999 Ford Taurus | Wash. Rev. Code. § 6.15.010(3)(c) | $0.00 | $1,750.00 |
| 1991 Mercedes Benz | Wash. Rev. Code. § 6.15.010(3)(c) | $322.00 | $3,250.00 |
| Garnishments from Bank Account (12/02/09) by DR Strong Consulting Engineers | Wash. Rev. Code. § 6.15.010(3)(b) | $2,000.00 | $3,251.17 |
| | | **$146,025.84** | **$1,526,955.01** |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

In re  **Rosemary Ann Ferreira**           Case No.   **09-23053**
       **Carlos A Ferreira**

                                           Chapter    **7**

*AMENDED 9/15/2011*
## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | No | 1 | $1,869,000.00 | | |
| B - Personal Property | Yes | 5 | $29,155.01 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | No | 3 | | $1,662,142.58 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | No | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | No | 6 | | $90,853.69 | |
| G - Executory Contracts and Unexpired Leases | No | 1 | | | |
| H - Codebtors | No | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 1 | | | $9,353.93 |
| J - Current Expenditures of Individual Debtor(s) | No | 1 | | | $12,859.73 |
| TOTAL | | 22 | $1,898,155.01 | $1,752,996.27 | |

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

In re **Rosemary Ann Ferreira**  Case No. **09-23053**
**Carlos A Ferreira**

Chapter **7**

*AMENDED 9/15/2011*

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $0.00 |
| Student Loan Obligations (from Schedule F) | $75,166.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $75,166.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $9,353.93 |
| Average Expenses (from Schedule J, Line 18) | $12,859.73 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $12,470.83 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $28,934.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $0.00 |
| 4. Total from Schedule F | | $90,853.69 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $119,787.69 |