# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** WASHINGTON
## SEATTLE **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FERREIRA, ROSEMARY ANN | § | Case No. 09-23053 |
| FERREIRA, CARLOS A | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/11/2009 . The undersigned trustee was appointed on 12/11/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of     $   266,826.08

    Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 34,054.76 |
| Bank service fees | 1,523.69 |
| Other payments to creditors | 218,636.86 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 12,610.77 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  12/20/2010  and the deadline for filing governmental claims was  12/20/2010 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 16,591.30 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 15,000.00  as interim compensation and now requests a sum of $ 1,091.30 , for a total compensation of $ 16,091.30 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 154.86 , and now requests reimbursement for expenses of $ 71.68 , for total expenses of $ 226.54 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/13/2014                    By:/s/Ronald G. Brown - Chapter 7 Trustee
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

**Exhibit A**

| | | |
|---|---|---|
| Case No: | 09-23053 TWD Judge: Timothy W. Dore | |
| Case Name: | FERREIRA, ROSEMARY ANN | |
| | FERREIRA, CARLOS A | |
| For Period Ending: 02/13/14 | | |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Date Filed (f) or Converted (c): | 12/11/09 (f) |
| 341(a) Meeting Date: | 01/14/10 |
| Claims Bar Date: | 12/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence 9202 NE 120TH St. Kirkland<br><br>Trustee listed unimproved lots (other than residence) for sale; abandoned per 9/1/10 court order | 1,500,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Rental Property 14003 109th Ave NE Kirkland<br><br>Court approved sale subject to lender approval;6/24/11 | 369,000.00 | 0.00 | | 200,000.00 | FA |
| 3. Bank of America Checking Accounts Acct#xxxx1393<br>    Not exempted | 200.00 | 200.00 | | 200.00 | FA |
| 4. Bank of America Savings Accounts Acct#xxxx1393 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America Checking Accounts Acct#xxxx2863 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Bank of America Savings Accounts Acct#xxxx2863 | 0.00 | 0.00 | | 0.00 | FA |
| 7. Household goods and Furnishings | 3,070.00 | 0.00 | | 0.00 | FA |
| 8. Books ($100); Pictures ($12); Movies ($60); Art ($ | 262.00 | 0.00 | | 0.00 | FA |
| 9. Clothing | 750.00 | 0.00 | | 0.00 | FA |
| 10. 2 Watches ($200) and costume jewelry ($100) | 300.00 | 0.00 | | 0.00 | FA |
| 11. 1999 Ford Taurus | 1,750.00 | 0.00 | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

**Exhibit A**

| | |
|---|---|
| Case No: | 09-23053    TWD   Judge: Timothy W. Dore |
| Case Name: | FERREIRA, ROSEMARY ANN |
| | FERREIRA, CARLOS A |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Date Filed (f) or Converted (c): | 12/11/09 (f) |
| 341(a) Meeting Date: | 01/14/10 |
| Claims Bar Date: | 12/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. 1991 Mercedes Benz | 3,250.00 | 0.00 | | 0.00 | FA |
| 13. 1987 Invader, Mericruiser (Boat)   Not exempted | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 14. Garnishments from Bank Account (12/02/09) by DR St   Trustee filed objection to exemption; court order 6/3/11 denied exemption | 3,251.17 | 3,251.17 | | 3,151.17 | FA |
| 15. Rent (14003 109th Ave NE, Kirkland) | 39,145.12 | 39,145.12 | | 39,145.12 | FA |
| 16. Personal Injury Claim (u)   Debtors amended to add claim; trustee disputed exemption; estate obtained turnover of funds per 2/15/12 court order | 14,321.84 | 14,321.84 | | 14,321.84 | FA |
| 17. Additional Personal Injury Claim UIM (u)   Additional claim arising from same accident as other personal injury claim; settlement per 5/29/13 court order | 25,000.00 | 10,000.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 7.95 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,962,300.13 | $68,918.13 | | $266,826.08 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 09-23053    TWD    Judge: Timothy W. Dore | |
| Case Name: | FERREIRA, ROSEMARY ANN | |
| | FERREIRA, CARLOS A | |

Trustee Name:    Ronald G. Brown - Chapter 7 Trustee

Date Filed (f) or Converted (c):    12/11/09 (f)

341(a) Meeting Date:    01/14/10

Claims Bar Date:    12/20/10

Initial Projected Date of Final Report (TFR): 02/01/12      Current Projected Date of Final Report (TFR): 03/01/14

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit B**

| | |
|---|---|
| Case No: | 09-23053 -TWD |
| Case Name: | FERREIRA, ROSEMARY ANN |
| | FERREIRA, CARLOS A |
| Taxpayer ID No: | *******5544 |
| For Period Ending: | 02/13/14 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1031 Checking Account |
| Blanket Bond (per case limit): | $ 0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6.25 | | 6.25 |
| 10/26/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 75,881.10 | | 75,887.35 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.66 | 75,868.69 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 93.30 | 75,775.39 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 96.37 | 75,679.02 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 96.51 | 75,582.51 |
| 03/15/13 | 010001 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond | 2300-000 | | 153.96 | 75,428.55 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 101.58 | 75,326.97 |
| 04/02/13 | 010002 | RONALD G. BROWN, Trustee 999 3rd Avenue, Suite 2525 Seattle, WA 98104 | Trustee Fees Per 4/2/13 Court Order | 2100-000 | | 15,000.00 | 60,326.97 |
| 04/02/13 | 010003 | RONALD G. BROWN, Trustee 999 3rd Avenue, Suite 2525 Seattle, WA 98104 | Trustee Expenses Per 4/2/13 Court Order | 2200-000 | | 154.86 | 60,172.11 |
| 04/02/13 | 010004 | Bruce Devereaux CPA, P.S. 6044 Palatine Avenue North Seattle, WA 98103 | Accountant Fees Per 4/2/13 Court Order | 3410-000 | | 522.50 | 59,649.61 |
| 04/02/13 | 010005 | Bruce Devereaux CPA, P.S. 6044 Palatine Avenue North Seattle, WA 98103 | Accountant Expenses | 3420-000 | | 33.60 | 59,616.01 |
| 04/02/13 | 010006 | INTERNAL REVENUE SERVICE P.O. BOX 7317 PHILADELPHIA, PA 19101-7317 | Creditor Claim Per 4/2/13 Court Order | 5800-000 | | 3,934.12 | 55,681.89 |
| 04/02/13 | 010007 | D.R. Strong Consulting Engineers, Inc. c/o Dennis J. Perkins, Attorney 10900 NE 4th Street, Ste. 1570 | Creditor Claim Per 4/2/13 Court Order | 7100-000 | | 1,429.67 | 54,252.22 |
| | | | Page Subtotals | | 75,887.35 | 21,635.13 | |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 6)*

Ver: 17.05

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-23053 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | FERREIRA, ROSEMARY ANN | Bank Name: | UNION BANK |
| | FERREIRA, CARLOS A | Account Number / CD #: | *******1031 Checking Account |
| Taxpayer ID No: | *******5544 | | |
| For Period Ending: | 02/13/14 | Blanket Bond (per case limit): $ 0.00 | |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Bellevue, WA 98004 | | | | | |
| 04/02/13 | 010008 | R&S Electric | Creditor Claim | 7100-000 | | 396.12 | 53,856.10 |
| | | PO Box 1412 | | | | | |
| | | Marysville, WA 98270 | | | | | |
| 04/02/13 | 010009 | Us Dept Of Education | Creditor Claim | 7100-000 | | 21,457.97 | 32,398.13 |
| | | Po Box 5609 | Per 4/2/13 Court Order | | | | |
| | | Greenville, TX 75403 | | | | | |
| 04/02/13 | 010010 | Us Dept Of Education | Creditor Claim | 7100-000 | | 17,078.23 | 15,319.90 |
| | | Po Box 5609 | Per 4/2/13 Court Order | | | | |
| | | Greenville, TX 75403 | | | | | |
| 04/02/13 | 010011 | Us Dept Of Education | Creditor Claim | 7100-000 | | 3,465.24 | 11,854.66 |
| | | Po Box 5609 | Per 4/2/13 Court Order | | | | |
| | | Greenville, TX 75403 | | | | | |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 112.21 | 11,742.45 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 40.25 | 11,702.20 |
| 05/31/13 | 010012 | Ann Beeman Architects | Creditor Claim | 7100-000 | | 4,700.01 | 7,002.19 |
| | | c/o Wm Kinsel | Per 5/29/13 Court Order | | | | |
| | | 2025 1st Ave #440 | | | | | |
| | | Seattle WA 98121 | | | | | |
| 06/01/13 | 17 | ESURANCE INSRUANCE COMPANY | Claim Settlement | 1242-000 | 10,000.00 | | 17,002.19 |
| 06/21/13 | 010013 | CROSTA AND BATEMAN | Special Counsel Fees | 3210-000 | | 3,333.33 | 13,668.86 |
| | | 999 Third Avenue, Suite 2525 | | | | | |
| | | Seattle, WA 98104 | | | | | |
| 06/21/13 | 010014 | CROSTA AND BATEMAN | Special Counsel Expenses | 3220-000 | | 903.34 | 12,765.52 |
| | | 999 Third Avenue, Suite 2525 | | | | | |
| | | Seattle, WA 98104 | | | | | |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 17.44 | 12,748.08 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.35 | 12,722.73 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.94 | 12,703.79 |

| | | Page Subtotals | 10,000.00 | 51,548.43 | |
|---|---|---|---|---|---|

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-23053 -TWD |
| Case Name: | FERREIRA, ROSEMARY ANN |
| | FERREIRA, CARLOS A |
| Taxpayer ID No: | *******5544 |
| For Period Ending: | 02/13/14 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******1031  Checking Account |
| Blanket Bond (per case limit): | $          0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.90 | 12,684.89 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.27 | 12,666.62 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.85 | 12,647.77 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.21 | 12,629.56 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.79 | 12,610.77 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 85,887.35 | 73,276.58 | 12,610.77 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 75,887.35 | 0.00 | |
| | | Subtotal | 10,000.00 | 73,276.58 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 10,000.00 | 73,276.58 | |

Page Subtotals          0.00          93.02

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-23053 -TWD |
| Case Name: | FERREIRA, ROSEMARY ANN |
| | FERREIRA, CARLOS A |
| Taxpayer ID No: | *******5544 |
| For Period Ending: | 02/13/14 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9115  Money Market Account |
| Blanket Bond (per case limit): | $         0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,300.00 | | 1,300.00 |
| 07/29/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 500.00 | | 1,800.00 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,800.02 |
| 08/04/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,800.00 | | 3,600.02 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,600.10 |
| 09/08/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,800.00 | | 5,400.10 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,400.22 |
| 10/14/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,800.00 | | 7,200.22 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 7,200.38 |
| 11/03/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,800.00 | | 9,000.38 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 9,000.59 |
| 12/06/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,800.00 | | 10,800.59 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,800.85 |
| 01/05/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 12,600.85 |

| | | |
|---|---|---|
| Page Subtotals | 12,600.85 | 0.00 |

LFORM24   UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Ver: 17.05

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | | | |
|---|---|---|---|
| Case No: | 09-23053 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | FERREIRA, ROSEMARY ANN | Bank Name: | BANK OF AMERICA, N.A. |
| | FERREIRA, CARLOS A | Account Number / CD #: | *******9115 Money Market Account |
| Taxpayer ID No: | *******5544 | | |
| For Period Ending: | 02/13/14 | Blanket Bond (per case limit): | $ 0.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,601.16 |
| 02/04/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 14,401.16 |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 14,401.27 |
| 03/04/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 16,201.27 |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,201.40 |
| 04/05/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 18,001.40 |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,001.54 |
| 05/05/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,112.15 | | 19,113.69 |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,113.85 |
| 06/03/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 162.97 | | 19,276.82 |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 06/07/11 | 14 | ROSEMARY FERREIRA | Garnishment | 1149-000 | 3,151.17 | | 22,427.99 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,428.17 |
| 07/06/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 24,228.17 |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,228.37 |
| 08/08/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 26,028.37 |

| | | | | Page Subtotals | 13,427.52 | 0.00 | |

LFORM24    UST Form 101-7-TFR (5/1/2011) (Page: 10)

Ver: 17.05

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-23053 -TWD |
| Case Name: | FERREIRA, ROSEMARY ANN |
| | FERREIRA, CARLOS A |
| Taxpayer ID No: | *******5544 |
| For Period Ending: | 02/13/14 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9115  Money Market Account |
| Blanket Bond (per case limit): | $          0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,028.59 |
| 09/08/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 27,828.59 |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 27,828.81 |
| 10/18/11 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 29,128.81 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,129.05 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 36.09 | 29,092.96 |
| 11/11/11 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 1,000.00 | | 30,092.96 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 30,093.20 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 36.53 | 30,056.67 |
| 12/05/11 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 31,356.67 |
| 12/21/11 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 1,000.00 | | 32,356.67 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 32,356.93 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.50 | 32,318.43 |
| 01/03/12 | 3 | SEATTLE DEBT LAW LLC | Bank Account | 1129-000 | 200.00 | | 32,518.43 |
| | | 705 2nd Avenue, Suite 501 | | | | | |
| | | Seattle, WA 98104 | | | | | |
| 01/07/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 33,818.43 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,818.72 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.78 | 33,774.94 |
| 02/03/12 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 500.00 | | 34,274.94 |
| 02/09/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 35,574.94 |
| 02/14/12 | 16 | SEATTLE DEBT LAW LLC | Claim Settlement | 1242-000 | 14,321.84 | | 49,896.78 |
| | | 705 2nd Avenue, Suite 501 | | | | | |
| | | Seattle, WA 98104 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 49,897.11 |

Page Subtotals          24,023.64          154.90

LFORM24

UST Form 101-7-TFR (5/1/2011) (Page: 11)

Ver: 17.05

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 09-23053  -TWD |
| Case Name: | FERREIRA, ROSEMARY ANN |
| | FERREIRA, CARLOS A |
| Taxpayer ID No: | *******5544 |
| For Period Ending: | 02/13/14 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9115  Money Market Account |
| | |
| Blanket Bond (per case limit): | $        0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.74 | 49,847.37 |
| 03/06/12 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 500.00 | | 50,347.37 |
| 03/07/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 51,647.37 |
| 03/28/12 | | Transfer to Acct #*******3377 | Bank Funds Transfer | 9999-000 | | 135.00 | 51,512.37 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.43 | | 51,512.80 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 62.91 | 51,449.89 |
| 04/03/12 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 500.00 | | 51,949.89 |
| 04/09/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 53,249.89 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.44 | | 53,250.33 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 66.94 | 53,183.39 |
| 05/02/12 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 500.00 | | 53,683.39 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.45 | | 53,683.84 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 68.14 | 53,615.70 |
| 06/01/12 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 500.00 | | 54,115.70 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 54,116.14 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 64.26 | 54,051.88 |
| 07/17/12 | | LAW OFFICE OF WANDA REIF NUXOLL, P.S. | Sale Proceeds | | 20,000.00 | | 74,051.88 |
| | | 22525 SE 64th Place, Suite 245 | | | | | |
| | | Issaquah, WA 98027 | | | | | |
| | 2 | LAW OFFICE OF WANDA REIF NUXOLL,P.S | Memo Amount:        180,000.00 | 1110-000 | | | |
| | | | Sale Proceeds | | | | |
| | 2 | LAW OFFICE OF WANDA REIF NUXOLL,P.S | Memo Amount:         20,000.00 | 1110-000 | | | |
| | | | Buyer Premium | | | | |
| | | OCWEN LOAN SERVICING, LLC | Memo Amount:     (   162,495.95 ) | 4110-000 | | | |
| | | | Secured Claim | | | | |
| | | KING COUNTY TREASURY | Memo Amount:     (     3,679.55 ) | 5800-000 | | | |
| | | | Taxes | | | | |
| | | RE/MAX NORTHWEST | Memo Amount:     (    10,800.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |

| | | | Page Subtotals | | 24,601.76 | 446.99 | |

LFORM24

**UST Form 101-7-TFR (5/1/2011)** *(Page: 12)*

Ver: 17.05

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-23053 -TWD |
| Case Name: | FERREIRA, ROSEMARY ANN |
| | FERREIRA, CARLOS A |
| Taxpayer ID No: | *******5544 |
| For Period Ending: | 02/13/14 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9115  Money Market Account |
| | |
| Blanket Bond (per case limit): | $  0.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | LAW OFFICE OF WANDA REIF NUXOLL,P.S | Memo Amount:    (    3,024.50 ) | 2500-000 | | | |
| | | | Escrow Costs | | | | |
| 07/23/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,270.00 | | 75,321.88 |
| 07/23/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 900.00 | | 76,221.88 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.53 | | 76,222.41 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 81.26 | 76,141.15 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.64 | | 76,141.79 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 96.74 | 76,045.05 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.62 | | 76,045.67 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 87.26 | 75,958.41 |
| 10/26/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.52 | | 75,958.93 |
| 10/26/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 77.83 | 75,881.10 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 10/26/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 75,881.10 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 200,000.00 | COLUMN TOTALS | 76,826.08 | 76,826.08 | 0.00 |
| Memo Allocation Disbursements: | 180,000.00 | Less: Bank Transfers/CD's | 0.00 | 76,016.10 | |
| | | Subtotal | 76,826.08 | 809.98 | |
| Memo Allocation Net: | 20,000.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 76,826.08 | 809.98 | |

Page Subtotals   2,172.31   76,224.19

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-23053 -TWD | | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | FERREIRA, ROSEMARY ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | FERREIRA, CARLOS A | | Account Number / CD #: | *******3377  Checking Account |
| Taxpayer ID No: | *******5544 | | | |
| For Period Ending: | 02/13/14 | | Blanket Bond (per case limit): | $        0.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/12 | | Transfer from Acct #*******9115 | Bank Funds Transfer | 9999-000 | 135.00 | | 135.00 |
| 03/28/12 | 001001 | International Sureties, Ltd. | Bond | 2300-000 | | 128.67 | 6.33 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.02 | 6.31 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | 6.30 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | 6.29 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | 6.28 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | 6.27 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | 6.26 |
| 10/26/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 0.01 | 6.25 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 10/26/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 6.25 | 0.00 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 135.00 | 135.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less:  Bank Transfers/CD's | 135.00 | 6.25 | |
| | | Subtotal | 0.00 | 128.75 | |
| Memo Allocation Net: | 0.00 | Less:  Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 128.75 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 200,000.00 | | | | |
| Total Allocation Disbursements: | 180,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | Checking Account - *******1031 | 10,000.00 | 73,276.58 | 12,610.77 |
| Total Memo Allocation Net: | 20,000.00 | Money Market Account - *******9115 | 76,826.08 | 809.98 | 0.00 |
| | | Checking Account - *******3377 | 0.00 | 128.75 | 0.00 |
| | | | ------------------ | ------------------ | ------------------ |
| | | | 86,826.08 | 74,215.31 | 12,610.77 |
| | | | ============ | ============ | ============ |

Page Subtotals                    135.00           135.00

Case No:         09-23053  -TWD
Case Name:    FERREIRA, ROSEMARY ANN
                      FERREIRA, CARLOS A
Taxpayer ID No:  *******5544
For Period Ending:  02/13/14

Trustee Name:              Ronald G. Brown - Chapter 7 Trustee
Bank Name:                 BANK OF AMERICA, N.A.
Account Number / CD #:   *******3377  Checking Account

Blanket Bond (per case limit):   $        0.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  | Page Subtotals | | 0.00 | 0.00 | |

LFORM24    **UST Form 101-7-TFR (5/1/2011)** *(Page: 15)*

Ver: 17.05

0
ANALYSIS OF CLAIMS REGISTER

Case Number:    09-23053
Debtor Name:    FERREIRA, ROSEMARY ANN

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 2100-00 | RONALD G. BROWN, Trustee 999 3rd Avenue, Suite 2525 Seattle, WA 98104 | Administrative | | $0.00 | $16,091.30 | $16,091.30 |
| | Subtotal For Claim Type 2100-00  Trustee Compensation | | | $0.00 | $16,091.30 | $16,091.30 |
| 001 2200-00 | RONALD G. BROWN, Trustee 999 3rd Avenue, Suite 2525 Seattle, WA 98104 | Administrative | | $0.00 | $226.54 | $226.54 |
| | Subtotal For Claim Type 2200-00  Trustee Expenses | | | $0.00 | $226.54 | $226.54 |
| 999 2300-00 | International Sureties, Ltd. 701 Poydras Street, Suite 420 New Orleans, LA  70139 | Administrative | | $0.00 | $282.63 | $282.63 |
| | Subtotal For Claim Type 2300-00  Bond Payments | | | $0.00 | $282.63 | $282.63 |
| 999 2500-00 | LAW OFFICE OF WANDA REIF NUXOLL, P.S. 22525 SE 64th Place, Suite 245 Issaquah, WA 98027 | Administrative | | $0.00 | $3,024.50 | $3,024.50 |
| | Subtotal For Claim Type 2500-00  Costs Re Sale of Property | | | $0.00 | $3,024.50 | $3,024.50 |
| 999 2820-00 | KING COUNTY TREASURY KING COUNTY ADMIN BLDG 500 4TH AVE #600 SEATTLE, WA  98104-2 | Administrative | | $0.00 | $3,679.55 | $3,679.55 |
| | Subtotal For Claim Type 2820-00  Other State or Local Taxes (post-pe | | | $0.00 | $3,679.55 | $3,679.55 |
| 3210-60 | CROSTA AND BATEMAN 999 Third Avenue, Suite 2525 Seattle, WA 98104 | Administrative | | $3,333.33 | $3,333.33 | $3,333.33 |
| | Subtotal For Claim Type 3210-60  Special Counsel for Trustee Fees | | | $3,333.33 | $3,333.33 | $3,333.33 |
| 3220-61 | CROSTA AND BATEMAN 999 Third Avenue, Suite 2525 Seattle, WA 98104 | Administrative | | $0.00 | $903.34 | $903.34 |
| | Subtotal For Claim Type 3220-61  Special Counsel for Trustee | | | $0.00 | $903.34 | $903.34 |
| 001 3410-00 | Bruce Devereaux CPA, P.S. 6044 Palatine Avenue North Seattle, WA 98103 | Administrative | | $0.00 | $522.50 | $522.50 |
| | Subtotal For Claim Type 3410-00  Accountant for Trustee Fees (Other | | | $0.00 | $522.50 | $522.50 |
| 001 3420-00 | Bruce Devereaux CPA, P.S. 6044 Palatine Avenue North Seattle, WA 98103 | Administrative | | $0.00 | $33.60 | $33.60 |
| | Subtotal For Claim Type 3420-00  Accountant for Trustee Expenses | | | $0.00 | $33.60 | $33.60 |
| 001 3510-00 | RE/MAX NORTHWEST 300 NE 97th Street Seattle, WA 98115 | Administrative | | $0.00 | $10,800.00 | $10,800.00 |

Case Number:   09-23053
Debtor Name:   FERREIRA, ROSEMARY ANN

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| | Subtotal For Claim Type 3510-00  Realtor for Trustee Fees (Real Esta | | | $0.00 | $10,800.00 | $10,800.00 |
| 050 4110-00 | OCWEN LOAN SERVICING, LLC | Secured | | $297,934.00 | $162,495.95 | $162,495.95 |
| | Subtotal For Claim Type 4110-00  Real Estate - Consensual Liens | | | $297,934.00 | $162,495.95 | $162,495.95 |
| 3 040 5800-00 | INTERNAL REVENUE SERVICE P.O. BOX 7317 PHILADELPHIA, PA 19101-7317 | Priority | | $0.00 | $3,934.12 | $3,934.12 |
| | Subtotal For Claim Type 5800-00  Claims of Governmental Units - | | | $0.00 | $3,934.12 | $3,934.12 |
| 1 070 7100-00 | D.R. Strong Consulting Engineers, Inc. c/o Dennis J. Perkins, Attorney 10900 NE 4th Street, Ste. 1570 Bellevue, WA 98004 | Unsecured | | $3,215.15 | $3,157.45 | $3,157.45 |
| 2 070 7100-00 | R&S Electric PO Box 1412 Marysville, WA 98270 | Unsecured | | $791.10 | $874.84 | $874.84 |
| 5 070 7100-00 | U.S. Dept Of Education Po Box 5609 Greenville, TX 75403 | Unsecured | | $41,138.00 | $47,390.15 | $47,390.15 |
| 6 070 7100-00 | U.S.Dept Of Education Po Box 5609 Greenville, TX 75403 | Unsecured | | $26,903.00 | $37,717.45 | $37,717.45 |
| 7 070 7100-00 | U.S, Dept Of Education Po Box 5609 Greenville, TX 75403 | Unsecured | | $7,125.00 | $7,653.03 | $7,653.03 |
| 4 070 7100-00 | Ann Beeman Architects c/o Wlliam Kinsel 2025 1st Avenue #730 Seattle WA 98121 | Unsecured | | $0.00 | $13,632.62 | $13,632.62 |
| | Subtotal For Claim Type 7100-00  General Unsecured 726(a)(2) | | | $79,172.25 | $110,425.54 | $110,425.54 |
| | Case Totals: | | | $380,439.58 | $315,752.90 | $315,752.90 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-23053
Case Name: FERREIRA, ROSEMARY ANN
              FERREIRA, CARLOS A
Trustee Name: Ronald G. Brown - Chapter 7 Trustee

         Balance on hand                          $         12,610.77

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | OCWEN LOAN SERVICING, LLC | $ 162,495.95 | $ 162,495.95 | $ 162,495.95 | $ 0.00 |

        Total to be paid to secured creditors           $        0.00

        Remaining Balance                          $       12,610.77

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Ronald G. Brown - Chapter 7 Trustee | $ 16,091.30 | $ 15,000.00 | $ 1,091.30 |
| Trustee Expenses: Ronald G. Brown - Chapter 7 Trustee | $ 226.54 | $ 154.86 | $ 71.68 |
| Attorney for Trustee Fees: CROSTA AND BATEMAN | $ 3,333.33 | $ 3,333.33 | $ 0.00 |
| Attorney for Trustee Expenses: CROSTA AND BATEMAN | $ 903.34 | $ 903.34 | $ 0.00 |
| Accountant for Trustee Fees: Bruce Devereaux CPA, P.S. | $ 522.50 | $ 522.50 | $ 0.00 |
| Accountant for Trustee Expenses: Bruce Devereaux CPA, P.S. | $ 33.60 | $ 33.60 | $ 0.00 |
| Other: RE/MAX NORTHWEST | $ 10,800.00 | $ 10,800.00 | $ 0.00 |

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: International Sureties, Ltd. | $ 282.63 | $ 282.63 | $ 0.00 |
| Other: KING COUNTY TREASURY | $ 3,679.55 | $ 3,679.55 | $ 0.00 |
| Other: LAW OFFICE OF WANDA REIF NUXOLL, P.S. | $ 3,024.50 | $ 3,024.50 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses    $ _____ 1,162.98

Remaining Balance    $ _____ 11,447.79

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,934.12  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | $ 3,934.12 | $ 3,934.12 | $ 0.00 |

Total to be paid to priority creditors    $ _____ 0.00

Remaining Balance    $ _____ 11,447.79

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 110,425.54  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  54.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | D.R. Strong Consulting Engineers, Inc. | $ 3,157.45 | $ 1,429.67 | $ 285.22 |
| 2 | R&S Electric | $ 874.84 | $ 396.12 | $ 79.03 |
| 4 | Ann Beeman Architects | $ 13,632.62 | $ 4,700.01 | $ 2,704.23 |
| 5 | U.S. Dept Of Education | $ 47,390.15 | $ 21,457.97 | $ 4,280.87 |
| 6 | U.S.Dept Of Education | $ 37,717.45 | $ 17,078.23 | $ 3,407.11 |
| 7 | U.S, Dept Of Education | $ 7,653.03 | $ 3,465.24 | $ 691.33 |

Total to be paid to timely general unsecured creditors    $ 11,447.79

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE