# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** WASHINGTON
## SEATTLE **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FERREIRA, ROSEMARY ANN | § | Case No. 09-23053 TWD |
| FERREIRA, CARLOS A | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Ronald G. Brown - Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,377,000.00 *(Without deducting any secured claims)* | Assets Exempt: 134,382.00 |
| Total Distributions to Claimants:  230,084.65 | Claims Discharged Without Payment:  62,131.95 |
| Total Expenses of Administration:  36,741.43 | |

3) Total gross receipts of $ 266,826.08  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 266,826.08  from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 1,662,142.58 | $ 162,495.95 | $ 162,495.95 | $ 162,495.95 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 40,420.98 | 40,420.98 | 36,741.43 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 3,934.12 | 7,613.67 | 7,613.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 90,853.69 | 110,425.54 | 110,425.54 | 59,975.03 |
| **TOTAL DISBURSEMENTS** | $ 1,752,996.27 | $ 317,276.59 | $ 320,956.14 | $ 266,826.08 |

4) This case was originally filed under chapter 7 on  12/11/2009 .  The case was pending for 56 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/26/2014 _____  By:/s/Ronald G. Brown - Chapter 7 Trustee _____
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Rental Property 14003 109th Ave NE Kirkland | 1110-000 | 200,000.00 |
| Rent (14003 109th Ave NE, Kirkland) | 1122-000 | 39,145.12 |
| Bank of America Checking Accounts Acct#xxxx1393 | 1129-000 | 200.00 |
| Garnishments from Bank Account (12/02/09) by DR St | 1149-000 | 3,151.17 |
| Personal Injury Claim | 1242-000 | 14,321.84 |
| Additional Personal Injury Claim UIM | 1242-000 | 10,000.00 |
| Post-Petition Interest Deposits | 1270-000 | 7.95 |
| **TOTAL GROSS RECEIPTS** | | **$ 266,826.08** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American General Financial 13401 Ne Bel Red Rd #b1 Bellevue, WA 98005 | | 4,678.00 | NA | NA | 0.00 |
| | Ann Beeman Architects 3827 B. So. Edmunds St. Seattle, WA 98118 | | 13,632.62 | NA | NA | 0.00 |
| | Chase (formerly WAMU) Attention: Bankruptcy Dept. JAXA 2035 7255 Bay Meadows Way Jacksonville, FL 32256 Representing: Chase (formerly WAMU) | | 771,109.00 | NA | NA | 0.00 |
| | H & C International 395 Scotland Ct. Port Orchard, WA 98366 | | 469,500.00 | NA | NA | 0.00 |
| | H & C International 395 Scotland Ct. Port Orchard, WA 98366 | | 100,000.00 | NA | NA | 0.00 |
| | King County Waste King County Treasury 500 Fourth #600 Seattle, WA 98104 | | 5,288.96 | NA | NA | 0.00 |
| | Representing: Litton Loan Servicing | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OCWEN LOAN SERVICING, LLC | 4110-000 | 297,934.00 | 162,495.95 | 162,495.95 | 162,495.95 |
| TOTAL SECURED CLAIMS | | | $ 1,662,142.58 | $ 162,495.95 | $ 162,495.95 | $ 162,495.95 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD G. BROWN, TRUSTEE | 2100-000 | NA | 16,091.30 | 16,091.30 | 16,091.30 |
| RONALD G. BROWN, TRUSTEE | 2200-000 | NA | 226.54 | 226.54 | 226.54 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | 282.63 | 282.63 | 282.63 |
| LAW OFFICE OF WANDA REIF NUXOLL,P.S | 2500-000 | NA | 3,024.50 | 3,024.50 | 3,024.50 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 36.09 | 36.09 | 36.09 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 36.53 | 36.53 | 36.53 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 38.50 | 38.50 | 38.50 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 43.78 | 43.78 | 43.78 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 49.74 | 49.74 | 49.74 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 62.91 | 62.91 | 62.91 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 66.94 | 66.94 | 66.94 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | 2600-000 | NA | 68.14 | 68.14 | 68.14 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 64.26 | 64.26 | 64.26 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 81.26 | 81.26 | 81.26 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 96.74 | 96.74 | 96.74 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 87.26 | 87.26 | 87.26 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 77.83 | 77.83 | 77.83 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 0.02 | 0.02 | 0.02 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 0.01 | 0.01 | 0.01 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 0.01 | 0.01 | 0.01 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 0.01 | 0.01 | 0.01 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 0.01 | 0.01 | 0.01 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 0.01 | 0.01 | 0.01 |
| BANK OF AMERICA, N.A. | 2600-000 | NA | 0.01 | 0.01 | 0.01 |
| UNION BANK | 2600-000 | NA | 18.66 | 18.66 | 18.66 |
| UNION BANK | 2600-000 | NA | 93.30 | 93.30 | 93.30 |
| UNION BANK | 2600-000 | NA | 96.37 | 96.37 | 96.37 |
| UNION BANK | 2600-000 | NA | 96.51 | 96.51 | 96.51 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNION BANK | 2600-000 | NA | 101.58 | 101.58 | 101.58 |
| UNION BANK | 2600-000 | NA | 112.21 | 112.21 | 112.21 |
| UNION BANK | 2600-000 | NA | 40.25 | 40.25 | 40.25 |
| UNION BANK | 2600-000 | NA | 17.44 | 17.44 | 17.44 |
| UNION BANK | 2600-000 | NA | 25.35 | 25.35 | 25.35 |
| UNION BANK | 2600-000 | NA | 18.94 | 18.94 | 18.94 |
| UNION BANK | 2600-000 | NA | 18.90 | 18.90 | 18.90 |
| UNION BANK | 2600-000 | NA | 18.27 | 18.27 | 18.27 |
| UNION BANK | 2600-000 | NA | 18.85 | 18.85 | 18.85 |
| UNION BANK | 2600-000 | NA | 18.21 | 18.21 | 18.21 |
| UNION BANK | 2600-000 | NA | 18.79 | 18.79 | 18.79 |
| KING COUNTY TREASURY | 2820-000 | NA | 3,679.55 | 3,679.55 | 0.00 |
| CROSTA AND BATEMAN | 3210-000 | NA | 3,333.33 | 3,333.33 | 3,333.33 |
| CROSTA AND BATEMAN | 3220-000 | NA | 903.34 | 903.34 | 903.34 |
| BRUCE DEVEREAUX CPA, P.S. | 3410-000 | NA | 522.50 | 522.50 | 522.50 |
| BRUCE DEVEREAUX CPA, P.S. | 3420-000 | NA | 33.60 | 33.60 | 33.60 |
| RE/MAX NORTHWEST | 3510-000 | NA | 10,800.00 | 10,800.00 | 10,800.00 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 40,420.98 | $ 40,420.98 | $ 36,741.43 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 3,934.12 | 3,934.12 | 3,934.12 |
| | KING COUNTY TREASURY | 5800-000 | NA | 0.00 | 3,679.55 | 3,679.55 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 3,934.12 | $ 7,613.67 | $ 7,613.67 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | 1,202.00 | NA | NA | 0.00 |
| | Capital 1 Bank Attn: C/O TSYS Debt Management PO Box 5155 Norcross, GA 30091 | | 565.00 | NA | NA | 0.00 |
| | Comcast PO Box 97002 Seatttle, WA 98124-1227 | | 361.65 | NA | NA | 0.00 |
| | Crd Prt Asso 13355 Noel Rd Ste 2100 Dallas, TX 75240 | | 214.00 | NA | NA | 0.00 |
| | Credit Collection Services Two Wells Ave Dept 587 Newton, MA | | 116.87 | NA | NA | 0.00 |
| | Direct Loans PO Box 530 Atlanta, GA 30353 | | 0.00 | NA | NA | 0.00 |
| | ESA Adolfson 5309 Shilshole Ave NW Seattle, WA 98107 | | 1,103.35 | NA | NA | 0.00 |
| | Enhanced Recovery Corp 8014 Bayberry Rd Jacksonville, FL 32256 | | 73.00 | NA | NA | 0.00 |
| | Evergreen Emergency Services PO Box 2065 Seattle, WA 98111 | | 107.17 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Evergreen PO Box 11610 Tacoma, WA 98411 | | 409.33 | NA | NA | 0.00 |
| | Evergreen Professional 12100 Ne 195th St Ste 18 Bothell, WA 98011 | | 88.00 | NA | NA | 0.00 |
| | Evergreen Professional 12100 Ne 195th St Ste 18 Bothell, WA 98011 | | 14.00 | NA | NA | 0.00 |
| | Farmers Two Wells Ave Dept 9134 Newton, MA 02459 | | 75.80 | NA | NA | 0.00 |
| | Glaucoma Consultants 1221 Madison St. Ste 1124 Seattle, WA 98104 | | 234.23 | NA | NA | 0.00 |
| | Healthpoint 955 Ave SW Renton, WA 98057 | | 87.57 | NA | NA | 0.00 |
| | Healthpoint 955 Ave SW Renton, WA 98057 | | 30.28 | NA | NA | 0.00 |
| | ICC Ideal Credit Corp PO Box 3383 Everett, WA 98213 | | 55.49 | NA | NA | 0.00 |
| | Kirkland Family Chiropractic 822 6th St S. Kirkland, WA 98033 | | 150.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Labcorp PO Box 2240 Burlington, NC 27216 | | 93.04 | NA | NA | 0.00 |
| | Law Office of Catherine Clark 701 5th Ave Ste 4785 Seattle, WA 98104 | | 6,387.87 | NA | NA | 0.00 |
| | Radia (MCA) 7281 134th St SW Ste 120 Everett, WA 98204 | | 85.82 | NA | NA | 0.00 |
| | Representing: DR Strong | | 0.00 | NA | NA | 0.00 |
| | Verizon Wireless PO Box 988 Harrisburg, PA 17108 | | 226.97 | NA | NA | 0.00 |
| 4 | ANN BEEMAN ARCHITECTS | 7100-000 | NA | 13,632.62 | 13,632.62 | 7,404.24 |
| 1 | D.R. STRONG CONSULTING ENGINEERS, I | 7100-000 | 3,215.15 | 3,157.45 | 3,157.45 | 1,714.89 |
| 2 | R&S ELECTRIC | 7100-000 | 791.10 | 874.84 | 874.84 | 475.15 |
| 5 | US DEPT OF EDUCATION | 7100-000 | 41,138.00 | 47,390.15 | 47,390.15 | 25,738.84 |
| 6 | US DEPT OF EDUCATION | 7100-000 | 26,903.00 | 37,717.45 | 37,717.45 | 20,485.34 |
| 7 | US DEPT OF EDUCATION | 7100-000 | 7,125.00 | 7,653.03 | 7,653.03 | 4,156.57 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 90,853.69 | $ 110,425.54 | $ 110,425.54 | $ 59,975.03 |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 09-23053 | TWD | Judge: Timothy W. Dore |
|---|---|---|---|

Case Name: FERREIRA, ROSEMARY ANN

FERREIRA, CARLOS A

For Period Ending: 07/26/14

Trustee Name: Ronald G. Brown - Chapter 7 Trustee

Date Filed (f) or Converted (c): 12/11/09 (f)

341(a) Meeting Date: 01/14/10

Claims Bar Date: 12/20/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Residence 9202 NE 120TH St. Kirkland<br>Trustee listed unimproved lots (other than residence) for sale;<br>abandoned per 9/1/10 court order | 1,500,000.00 | 0.00 | OA | 0.00 | FA |
| 2. Rental Property 14003 109th Ave NE Kirkland<br>Court approved sale subject to lender approval;6/24/11 | 369,000.00 | 0.00 | | 200,000.00 | FA |
| 3. Bank of America Checking Accounts Acct#xxxx1393<br>Not exempted | 200.00 | 200.00 | | 200.00 | FA |
| 4. Bank of America Savings Accounts Acct#xxxx1393 | 0.00 | 0.00 | | 0.00 | FA |
| 5. Bank of America Checking Accounts Acct#xxxx2863 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Bank of America Savings Accounts Acct#xxxx2863 | 0.00 | 0.00 | | 0.00 | FA |
| 7. Household goods and Furnishings | 3,070.00 | 0.00 | | 0.00 | FA |
| 8. Books ($100); Pictures ($12); Movies ($60); Art ($ | 262.00 | 0.00 | | 0.00 | FA |
| 9. Clothing | 750.00 | 0.00 | | 0.00 | FA |
| 10. 2 Watches ($200) and costume jewelry ($100) | 300.00 | 0.00 | | 0.00 | FA |
| 11. 1999 Ford Taurus | 1,750.00 | 0.00 | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

**Exhibit 8**

| | |
|---|---|
| Case No: 09-23053 TWD Judge: Timothy W. Dore | Trustee Name: Ronald G. Brown - Chapter 7 Trustee |
| Case Name: FERREIRA, ROSEMARY ANN | Date Filed (f) or Converted (c): 12/11/09 (f) |
| FERREIRA, CARLOS A | 341(a) Meeting Date: 01/14/10 |
| | Claims Bar Date: 12/20/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 12. 1991 Mercedes Benz | 3,250.00 | 0.00 | | 0.00 | FA |
| 13. 1987 Invader, Mericruiser (Boat) Not exempted | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 14. Garnishments from Bank Account (12/02/09) by DR St Trustee filed objection to exemption; court order 6/3/11 denied exemption | 3,251.17 | 3,251.17 | | 3,151.17 | FA |
| 15. Rent (14003 109th Ave NE, Kirkland) | 39,145.12 | 39,145.12 | | 39,145.12 | FA |
| 16. Personal Injury Claim (u) Debtors amended to add claim; trustee disputed exemption; estate obtained turnover of funds per 2/15/12 court order | 14,321.84 | 14,321.84 | | 14,321.84 | FA |
| 17. Additional Personal Injury Claim UIM (u) Additional claim arising from same accident as other personal injury claim; settlement per 5/29/13 court order | 25,000.00 | 10,000.00 | | 10,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 7.95 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $1,962,300.13  $68,918.13  $266,826.08  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver: 18.00b

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Case No:        09-23053      TWD    Judge: Timothy W. Dore

Case Name:      FERREIRA, ROSEMARY ANN

                FERREIRA, CARLOS A

Trustee Name:                          Ronald G. Brown - Chapter 7 Trustee

Date Filed (f) or Converted (c):       12/11/09 (f)

341(a) Meeting Date:                   01/14/10

Claims Bar Date:                       12/20/10

Initial Projected Date of Final Report (TFR): 02/01/12        Current Projected Date of Final Report (TFR): 03/01/14

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 09-23053 -TWD | |
| Case Name: | FERREIRA, ROSEMARY ANN | |
| | FERREIRA, CARLOS A | |
| Taxpayer ID No: | *******5544 | |
| For Period Ending: | 07/26/14 | |

| | | |
|---|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee | |
| Bank Name: | UNION BANK | |
| Account Number / CD #: | *******1031  Checking Account | |
| Blanket Bond (per case limit): | $ 90,360,079.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/26/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 6.25 | | 6.25 |
| 10/26/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 75,881.10 | | 75,887.35 |
| 11/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.66 | 75,868.69 |
| 12/26/12 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 93.30 | 75,775.39 |
| 01/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 96.37 | 75,679.02 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 96.51 | 75,582.51 |
| 03/15/13 | 010001 | International Sureties, Ltd. | Bond | 2300-000 | | 153.96 | 75,428.55 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA  70139 | | | | | |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 101.58 | 75,326.97 |
| 04/02/13 | 010002 | RONALD G. BROWN, Trustee | Trustee Fees | 2100-000 | | 15,000.00 | 60,326.97 |
| | | 999 3rd Avenue, Suite 2525 | Per 4/2/13 Court Order | | | | |
| | | Seattle, WA 98104 | | | | | |
| 04/02/13 | 010003 | RONALD G. BROWN, Trustee | Trustee Expenses | 2200-000 | | 154.86 | 60,172.11 |
| | | 999 3rd Avenue, Suite 2525 | Per 4/2/13 Court Order | | | | |
| | | Seattle, WA 98104 | | | | | |
| 04/02/13 | 010004 | Bruce Devereaux CPA, P.S. | Accountant Fees | 3410-000 | | 522.50 | 59,649.61 |
| | | 6044 Palatine Avenue North | Per 4/2/13 Court Order | | | | |
| | | Seattle, WA 98103 | | | | | |
| 04/02/13 | 010005 | Bruce Devereaux CPA, P.S. | Accountant Expenses | 3420-000 | | 33.60 | 59,616.01 |
| | | 6044 Palatine Avenue North | | | | | |
| | | Seattle, WA 98103 | | | | | |
| 04/02/13 | 010006 | INTERNAL REVENUE SERVICE | Creditor Claim | 5800-000 | | 3,934.12 | 55,681.89 |
| | | P.O. BOX 7317 | Per 4/2/13 Court Order | | | | |
| | | PHILADELPHIA, PA 19101-7317 | | | | | |
| 04/02/13 | 010007 | D.R. Strong Consulting Engineers, Inc. | Creditor Claim | 7100-000 | | 1,429.67 | 54,252.22 |
| | | c/o Dennis J. Perkins, Attorney | Per 4/2/13 Court Order | | | | |
| | | 10900 NE 4th Street, Ste. 1570 | | | | | |

Page Subtotals      75,887.35      21,635.13

Ver: 18.00b

# ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-23053 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | FERREIRA, ROSEMARY ANN | Bank Name: | UNION BANK |
| | FERREIRA, CARLOS A | Account Number / CD #: | *******1031  Checking Account |
| Taxpayer ID No: | *******5544 | | |
| For Period Ending: | 07/26/14 | Blanket Bond (per case limit): | $ 90,360,079.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bellevue, WA 98004 | | | | | |
| 04/02/13 | 010008 | R&S Electric PO Box 1412 Marysville, WA 98270 | Creditor Claim | 7100-000 | | 396.12 | 53,856.10 |
| 04/02/13 | 010009 | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | Creditor Claim Per 4/2/13 Court Order | 7100-000 | | 21,457.97 | 32,398.13 |
| 04/02/13 | 010010 | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | Creditor Claim Per 4/2/13 Court Order | 7100-000 | | 17,078.23 | 15,319.90 |
| 04/02/13 | 010011 | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | Creditor Claim Per 4/2/13 Court Order | 7100-000 | | 3,465.24 | 11,854.66 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 112.21 | 11,742.45 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 40.25 | 11,702.20 |
| 05/31/13 | 010012 | Ann Beeman Architects c/o Wm Kinsel 2025 1st Ave #440 Seattle WA 98121 | Creditor Claim Per 5/29/13 Court Order | 7100-000 | | 4,700.01 | 7,002.19 |
| 06/01/13 | 17 | ESURANCE INSRUANCE COMPANY | Claim Settlement | 1242-000 | 10,000.00 | | 17,002.19 |
| 06/21/13 | 010013 | CROSTA AND BATEMAN 999 Third Avenue, Suite 2525 Seattle, WA 98104 | Special Counsel Fees | 3210-000 | | 3,333.33 | 13,668.86 |
| 06/21/13 | 010014 | CROSTA AND BATEMAN 999 Third Avenue, Suite 2525 Seattle, WA 98104 | Special Counsel Expenses | 3220-000 | | 903.34 | 12,765.52 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 17.44 | 12,748.08 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 25.35 | 12,722.73 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.94 | 12,703.79 |

Page Subtotals     10,000.00     51,548.43

Ver: 18.00b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-23053  -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | FERREIRA, ROSEMARY ANN | Bank Name: | UNION BANK |
| | FERREIRA, CARLOS A | Account Number / CD #: | *******1031  Checking Account |
| Taxpayer ID No: | *******5544 | | |
| For Period Ending: | 07/26/14 | Blanket Bond (per case limit): | $ 90,360,079.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.90 | 12,684.89 |
| 10/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.27 | 12,666.62 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.85 | 12,647.77 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.21 | 12,629.56 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 18.79 | 12,610.77 |
| 04/04/14 | 010015 | RONALD G. BROWN, Trustee 999 3rd Avenue, Suite 2525 Seattle, WA 98104 | Trustee Fees | 2100-000 | | 1,091.30 | 11,519.47 |
| 04/04/14 | 010016 | RONALD G. BROWN, Trustee 999 3rd Avenue, Suite 2525 Seattle, WA 98104 | Trustee Expenses | 2200-000 | | 71.68 | 11,447.79 |
| 04/04/14 | 010017 | D.R. Strong Consulting Engineers, Inc. c/o Dennis J. Perkins, Attorney P.O. Box 908 Bellevue, WA 98083 | Claim 1, Payment 29.03324% Creditor Claim | 7100-000 | | 285.22 | 11,162.57 |
| 04/04/14 | 010018 | R&S Electric PO Box 1412 Marysville, WA 98270 | Claim 2, Payment 29.03365% Creditor Claim | 7100-000 | | 79.03 | 11,083.54 |
| 04/04/14 | 010019 | U.S. Dept Of Education Po Box 5609 Greenville, TX 75403 | Claim 5, Payment 29.03325% Creditor Claim | 7100-000 | | 4,280.87 | 6,802.67 |
| 04/04/14 | 010020 | U.S.Dept Of Education Po Box 5609 Greenville, TX 75403 | Claim 6, Payment 29.03325% Creditor Claim | 7100-000 | | 3,407.11 | 3,395.56 |
| 04/04/14 | 010021 | U.S, Dept Of Education Po Box 5609 Greenville, TX 75403 | Claim 7, Payment 29.03342% Creditor Claim | 7100-000 | | 691.33 | 2,704.23 |
| 04/04/14 | 010022 | Ann Beeman Architects c/o Wlliam Kinsel | Claim 4, Payment 219.83647% Creditor Claim | 7100-000 | | 2,704.23 | 0.00 |

| | | | Page Subtotals | | 0.00 | 12,703.79 | |

Ver: 18.00b

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:          09-23053  -TWD
Case Name:        FERREIRA, ROSEMARY ANN
                  FERREIRA, CARLOS A
Taxpayer ID No:   *******5544
For Period Ending: 07/26/14

Trustee Name:        Ronald G. Brown - Chapter 7 Trustee
Bank Name:           UNION BANK
Account Number / CD #:  *******1031  Checking Account

Blanket Bond (per case limit):  $ 90,360,079.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 2025 1st Avenue #730 Seattle WA 98121 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 85,887.35 | 85,887.35 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 75,887.35 | 0.00 | |
| | | Subtotal | | 10,000.00 | 85,887.35 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 10,000.00 | 85,887.35 | |

Page Subtotals          0.00          0.00

Ver: 18.00b

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-23053 -TWD | | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | FERREIRA, ROSEMARY ANN | | Bank Name: | BANK OF AMERICA, N.A. |
| | FERREIRA, CARLOS A | | Account Number / CD #: | *******9115 Money Market Account |
| Taxpayer ID No: | *******5544 | | | |
| For Period Ending: | 07/26/14 | | Blanket Bond (per case limit): | $ 90,360,079.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,300.00 | | 1,300.00 |
| 07/29/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 500.00 | | 1,800.00 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.02 | | 1,800.02 |
| 08/04/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,800.00 | | 3,600.02 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.08 | | 3,600.10 |
| 09/08/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,800.00 | | 5,400.10 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,400.22 |
| 10/14/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,800.00 | | 7,200.22 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.16 | | 7,200.38 |
| 11/03/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,800.00 | | 9,000.38 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.21 | | 9,000.59 |
| 12/06/10 | 15 | JAIME P. CURAY 14003 109TH Avenue NE Kirkland, WA 98034 | Rent | 1122-000 | 1,800.00 | | 10,800.59 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.26 | | 10,800.85 |
| 01/05/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 12,600.85 |

Page Subtotals: 12,600.85    0.00

Ver: 18.00b

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-23053 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
|---|---|---|---|
| Case Name: | FERREIRA, ROSEMARY ANN | Bank Name: | BANK OF AMERICA, N.A. |
| | FERREIRA, CARLOS A | Account Number / CD #: | *******9115  Money Market Account |
| Taxpayer ID No: | *******5544 | | |
| For Period Ending: | 07/26/14 | Blanket Bond (per case limit): | $ 90,360,079.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 14003 109TH Avenue NE Kirkland, WA 98034 | | | | | |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.31 | | 12,601.16 |
| 02/04/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 14,401.16 |
| | | 14003 109TH Avenue NE Kirkland, WA 98034 | | | | | |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.11 | | 14,401.27 |
| 03/04/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 16,201.27 |
| | | 14003 109TH Avenue NE Kirkland, WA 98034 | | | | | |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.13 | | 16,201.40 |
| 04/05/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 18,001.40 |
| | | 14003 109TH Avenue NE Kirkland, WA 98034 | | | | | |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 18,001.54 |
| 05/05/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,112.15 | | 19,113.69 |
| | | 14003 109TH Avenue NE Kirkland, WA 98034 | | | | | |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.16 | | 19,113.85 |
| 06/03/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 162.97 | | 19,276.82 |
| | | 14003 109TH Avenue NE Kirkland, WA 98034 | | | | | |
| 06/07/11 | 14 | ROSEMARY FERREIRA | Garnishment | 1149-000 | 3,151.17 | | 22,427.99 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 22,428.17 |
| 07/06/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 24,228.17 |
| | | 14003 109TH Avenue NE Kirkland, WA 98034 | | | | | |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.20 | | 24,228.37 |
| 08/08/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 26,028.37 |

Page Subtotals                     13,427.52                     0.00

Ver: 18.00b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 09-23053 -TWD |
| Case Name: | FERREIRA, ROSEMARY ANN |
| | FERREIRA, CARLOS A |
| Taxpayer ID No: | *******5544 |
| For Period Ending: | 07/26/14 |

| | |
|---|---|
| Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9115 Money Market Account |
| Blanket Bond (per case limit): | $ 90,360,079.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 26,028.59 |
| 09/08/11 | 15 | JAIME P. CURAY | Rent | 1122-000 | 1,800.00 | | 27,828.59 |
| | | 14003 109TH Avenue NE | | | | | |
| | | Kirkland, WA 98034 | | | | | |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.22 | | 27,828.81 |
| 10/18/11 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 29,128.81 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 29,129.05 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 36.09 | 29,092.96 |
| 11/11/11 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 1,000.00 | | 30,092.96 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 30,093.20 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 36.53 | 30,056.67 |
| 12/05/11 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 31,356.67 |
| 12/21/11 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 1,000.00 | | 32,356.67 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 32,356.93 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 38.50 | 32,318.43 |
| 01/03/12 | 3 | SEATTLE DEBT LAW LLC | Bank Account | 1129-000 | 200.00 | | 32,518.43 |
| | | 705 2nd Avenue, Suite 501 | | | | | |
| | | Seattle, WA 98104 | | | | | |
| 01/07/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 33,818.43 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 33,818.72 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 43.78 | 33,774.94 |
| 02/03/12 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 500.00 | | 34,274.94 |
| 02/09/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 35,574.94 |
| 02/14/12 | 16 | SEATTLE DEBT LAW LLC | Claim Settlement | 1242-000 | 14,321.84 | | 49,896.78 |
| | | 705 2nd Avenue, Suite 501 | | | | | |
| | | Seattle, WA 98104 | | | | | |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.33 | | 49,897.11 |

Page Subtotals 24,023.64 154.90

Ver: 18.00b

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 09-23053 -TWD

Case Name: FERREIRA, ROSEMARY ANN

FERREIRA, CARLOS A

Taxpayer ID No: *******5544

For Period Ending: 07/26/14

Trustee Name: Ronald G. Brown - Chapter 7 Trustee

Bank Name: BANK OF AMERICA, N.A.

Account Number / CD #: *******9115  Money Market Account

Blanket Bond (per case limit): $ 90,360,079.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.74 | 49,847.37 |
| 03/06/12 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 500.00 | | 50,347.37 |
| 03/07/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 51,647.37 |
| 03/28/12 | | Transfer to Acct #*******3377 | Bank Funds Transfer | 9999-000 | | 135.00 | 51,512.37 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.43 | | 51,512.80 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 62.91 | 51,449.89 |
| 04/03/12 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 500.00 | | 51,949.89 |
| 04/09/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,300.00 | | 53,249.89 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.44 | | 53,250.33 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 66.94 | 53,183.39 |
| 05/02/12 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 500.00 | | 53,683.39 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.45 | | 53,683.84 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 68.14 | 53,615.70 |
| 06/01/12 | 15 | JOSE DORIZETE PEREIRA | Rent | 1122-000 | 500.00 | | 54,115.70 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.44 | | 54,116.14 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 64.26 | 54,051.88 |
| 07/17/12 | | LAW OFFICE OF WANDA REIF NUXOLL, P.S. | Sale Proceeds | | 20,000.00 | | 74,051.88 |
| | | 22525 SE 64th Place, Suite 245 | | | | | |
| | | Issaquah, WA 98027 | | | | | |
| | 2 | LAW OFFICE OF WANDA REIF NUXOLL,P.S | Memo Amount:          180,000.00 | 1110-000 | | | |
| | | | Sale Proceeds | | | | |
| | 2 | LAW OFFICE OF WANDA REIF NUXOLL,P.S | Memo Amount:           20,000.00 | 1110-000 | | | |
| | | | Buyer Premium | | | | |
| | | OCWEN LOAN SERVICING, LLC | Memo Amount:       (    162,495.95 ) | 4110-000 | | | |
| | | | Secured Claim | | | | |
| | | KING COUNTY TREASURY | Memo Amount:       (      3,679.55 ) | 5800-000 | | | |
| | | | Taxes | | | | |
| | | RE/MAX NORTHWEST | Memo Amount:       (     10,800.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |

Page Subtotals    24,601.76    446.99

Ver: 18.00b

| Case No: | 09-23053 -TWD | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee |
| Case Name: | FERREIRA, ROSEMARY ANN | Bank Name: | BANK OF AMERICA, N.A. |
| | FERREIRA, CARLOS A | Account Number / CD #: | *******9115 Money Market Account |
| Taxpayer ID No: | *******5544 | | |
| For Period Ending: | 07/26/14 | Blanket Bond (per case limit): | $ 90,360,079.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | LAW OFFICE OF WANDA REIF NUXOLL,P.S | Memo Amount: ( 3,024.50 ) | 2500-000 | | | |
| | | | Escrow Costs | | | | |
| 07/23/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 1,270.00 | | 75,321.88 |
| 07/23/12 | 15 | GLADYS RIVAS DECURAY | Rent | 1122-000 | 900.00 | | 76,221.88 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.53 | | 76,222.41 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 81.26 | 76,141.15 |
| 08/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.64 | | 76,141.79 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 96.74 | 76,045.05 |
| 09/28/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.62 | | 76,045.67 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 87.26 | 75,958.41 |
| 10/26/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.52 | | 75,958.93 |
| 10/26/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 77.83 | 75,881.10 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 10/26/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 75,881.10 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 200,000.00 | COLUMN TOTALS | | 76,826.08 | 76,826.08 | 0.00 |
| Memo Allocation Disbursements: | 180,000.00 | Less: Bank Transfers/CD's | | 0.00 | 76,016.10 | |
| | | Subtotal | | 76,826.08 | 809.98 | |
| Memo Allocation Net: | 20,000.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 76,826.08 | 809.98 | |

Page Subtotals 2,172.31 76,224.19

Ver: 18.00b

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-23053 -TWD | | | Trustee Name: | Ronald G. Brown - Chapter 7 Trustee | |
| Case Name: | FERREIRA, ROSEMARY ANN | | | Bank Name: | BANK OF AMERICA, N.A. | |
| | FERREIRA, CARLOS A | | | Account Number / CD #: | *******3377 Checking Account | |
| Taxpayer ID No: | *******5544 | | | | | |
| For Period Ending: | 07/26/14 | | | Blanket Bond (per case limit): | $ 90,360,079.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/28/12 | | Transfer from Acct #*******9115 | Bank Funds Transfer | 9999-000 | 135.00 | | 135.00 |
| 03/28/12 | 001001 | International Sureties, Ltd. | Bond | 2300-000 | | 128.67 | 6.33 |
| | | 701 Poydras Street, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.02 | 6.31 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | 6.30 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | 6.29 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | 6.28 |
| 08/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | 6.27 |
| 09/28/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 0.01 | 6.26 |
| 10/26/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 0.01 | 6.25 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX 75283 | | | | | |
| 10/26/12 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 6.25 | 0.00 |

| | | | | |
|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 135.00 | 135.00 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 135.00 | 6.25 | |
| | | Subtotal | 0.00 | 128.75 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 0.00 | 128.75 | |

| | | | NET | ACCOUNT |
|---|---|---|---|---|
| Total Allocation Receipts: | 200,000.00 | | NET | ACCOUNT |
| Total Allocation Disbursements: | 180,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| | | Checking Account - *******1031 | 10,000.00 | 85,887.35 | 0.00 |
| Total Memo Allocation Net: | 20,000.00 | Money Market Account - *******9115 | 76,826.08 | 809.98 | 0.00 |
| | | Checking Account - *******3377 | 0.00 | 128.75 | 0.00 |
| | | | 86,826.08 | 86,826.08 | 0.00 |

Page Subtotals 135.00 135.00

Ver: 18.00b

Case No: 09-23053 -TWD

Case Name: FERREIRA, ROSEMARY ANN

FERREIRA, CARLOS A

Taxpayer ID No: *******5544

For Period Ending: 07/26/14

Trustee Name: Ronald G. Brown - Chapter 7 Trustee

Bank Name: BANK OF AMERICA, N.A.

Account Number / CD #: *******3377 Checking Account

Blanket Bond (per case limit): $ 90,360,079.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 18.00b

LFORM24